DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-5408
Telephone:  (415) 554-4674
Facsimile:  (415) 554-4699
E-Mail:  vince.chhabria@sfgov.org

Attorneys for Defendants
TAXI COMMISSION and
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SLONE and MICHAEL MERRITHEW,<br><br>Plaintiffs,<br><br>vs.<br><br>TAXI COMMISSION, CITY AND COUNTY OF SAN FRANCISCO, Executive Director Heidi Machen; CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendants. | Case No. C07-3335 JSW<br><br>**STIPULATED APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE, [PROPOSED] ORDER** |

**STIPULATED APPLICATION**

The Court has scheduled an Initial Case Management Conference in the above-captioned matter for September 14, 2007 at 9:00 a.m. However, undersigned counsel for the Defendants will be out of the country from September 7, 2007 to September 24, 2007. Accordingly, the parties jointly request that the Court reset the Initial Case Management Conference for October 19, 2007 at 9:00 a.m.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: August 27, 2007 | By: /s/ |
| 4 | | VINCE CHHABRIA |
| 5 | | |
| 6 | | Attorneys for Defendants TAXI COMMISSION and CITY AND COUNTY OF SAN FRANCISCO |
| 7 | | |
| 8 | Dated: August 24, 2007 | |
| 9 | | By:_____ ELLIOT A. MYLES |
| 10 | | Attorneys for Plaintiffs WILLIAM SLONE and MICHAEL MERRITHEW |

### ORDER

The Initial Case Management Conference in the above-captioned matter shall be conducted on Friday, October 19, 2007 at 9:00 a.m. at 450 Golden Gate Avenue, San Francisco, CA, 17th Floor, Courtroom 2. The parties shall file a joint case management statement no later than five court days prior to the conference.

**IT IS SO ORDERED.**

DATED: _____, 2007    _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Dated: August 24, 2007

By: _____
VINCE CHHABRIA

Attorneys for Defendants TAXI COMMISSION and
CITY AND COUNTY OF SAN FRANCISCO

Dated: August 27, 2007

By: _____
ELLIOT A. MYLES

Attorneys for Plaintiffs WILLIAM SLONE and
MICHAEL MERRITHEW

## ORDER

The Initial Case Management Conference in the above-captioned matter shall be conducted on Friday, October 19, 2007 at 9:00 a.m. at 450 Golden Gate Avenue, San Francisco, CA, 17th Floor, Courtroom 2. The parties shall file a joint case management statement no later than five court days prior to the conference.

**IT IS SO ORDERED.**

DATED August 28, 2007

_____
JEFFREY S WHITE
UNITED STATES DISTRICT JUDGE

Stipulated Application
USDC NO. C07-3335 JSW

2

c:\documents and settings\fgessner\local settings\tmp\notese1ef34\~7731832.doc