UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Slone

                                CASE NO. C07-3335 JSW

               Plaintiff(s),

      v.                              NOTICE OF NEED FOR ADR PHONE
                                CONFERENCE

Taxi Commission

             Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference October 19, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Elliott Myles, | Plaintiffs, | (510) 986-0877 | mail@myleslawfirm.com |
| Vince Chhabria/Francesca Gessner, | Defendants, | (415) 554-4674, | vince.chhabria@sfgov.org |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: Oct. 9, 2007

                                                         Attorney for Plaintiff

Dated: 10/9/2007

                                                         Attorney for Defendant

Rev 12.05 | When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."