DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-5408
Telephone:     (415) 554-4674
Facsimile:     (415) 554-4699
E-Mail:          vince.chhabria@sfgov.org

Attorneys for Defendants
TAXI COMMISSION and
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SLONE and MICHAEL MERRITHEW,<br><br>Plaintiffs,<br><br>vs.<br><br>TAXI COMMISSION, CITY AND COUNTY OF SAN FRANCISCO, Executive Director Heidi Machen; CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendants. | Case No. C07-3335 JSW<br><br>**STIPULATED APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE, [PROPOSED] ORDER** |

**STIPULATED APPLICATION**

The Court has scheduled an Initial Case Management Conference in the above-captioned matter for October 19, 2007 at 1:30 p.m. The parties have been working diligently in an attempt to reach an agreement about how to structure this potentially complex class action litigation in a manner that would achieve prompt resolution without the need for a lengthy and expensive series of motions and discovery disputes. The parties are hopeful that they will be able to reach such an agreement, and have made progress to that effect, but have not yet done so. The parties believe that a two-week

continuance of the Initial Case Management Conference would significantly increase the chances that such an agreement can be reached. Accordingly, the parties respectfully request that the Court continue the Initial Case Management Conference to Friday, November 2, 2007 at 1:30 p.m.

Dated: October 11, 2007

By: /s/
VINCE CHHABRIA

Attorneys for Defendants TAXI COMMISSION and CITY AND COUNTY OF SAN FRANCISCO

Dated: October 11, 2007

By: /s/
ELLIOT A. MYLES

Attorneys for Plaintiffs WILLIAM SLONE and MICHAEL MERRITHEW

## ORDER

The Initial Case Management Conference in the above-captioned matter shall be conducted on Friday, November 2, 2007 at 1:30 p.m. at 450 Golden Gate Avenue, San Francisco, CA, 17th Floor, Courtroom 2. The parties shall file a joint case management statement no later than five court days prior to the conference.

**IT IS SO ORDERED.**

DATED: _____, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE