DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
FRANCESCA GESSNER, State Bar #247553
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-5408
Telephone:    (415) 554-4674
Facsimile:    (415) 554-4699
E-Mail:       vince.chhabria@sfgov.org

Attorneys for Defendants
TAXI COMMISSION and
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SLONE and MICHAEL MERRITHEW,<br><br>Plaintiffs,<br><br>vs.<br><br>TAXI COMMISSION, CITY AND COUNTY OF SAN FRANCISCO, Executive Director Heidi Machen; CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendants. | Case No. C07-3335 JSW<br><br>**[SAN FRANCISCO'S PROPOSED] CASE MANAGEMENT SCHEDULING ORDER** |

Following the Case Management Conference, IT IS HEREBY ORDERED:

**A.    DATES**

Discovery cutoff for first phase of discovery: December 28, 2007.

Last day to file motion for summary judgment: January 18, 2008.

Last day to file opposition to motion for summary judgment: February 15, 2008.

Last day to file reply in support of motion for summary judgment: March 7, 2008

Hearing on motion for summary judgment: March 21, 2008.

**B.     DISCOVERY**

During the first phase of discovery, Plaintiffs shall be limited to one set of requests for production of documents, one set of requests for admission, and two depositions. Further discovery during the first phase shall be taken only by leave of the Court, upoon a showing of good cause.

The parties are reminded that a failure voluntarily to disclose information pursuant to Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses pursuant to Rule 26(e) may result in exclusionary sanctions. Twenty days prior to the close of the first phase of discovery, lead counsel for each party shall serve and file a certification that all supplementation has been completed.

**C.     PROCEDURE FOR AMENDING THIS ORDER**

No provision of this order may be changed except by written order of this court upon its own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 or 7-1-(b) with a showing of very good cause. If the modification sought is an extension of a deadline contained herein, the motion must be brought before expiration of that deadline. The parties may not modify the pretrial schedule by stipulation. A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk. The only discovery schedule that the Court will enforce is the one set in this order. Additionally, briefing schedules that are specifically set by the court may not be altered by stipulation; rather the parties must obtain leave of Court.

**IT IS SO ORDERED**

Dated: _____, 2007

By:_____
     JEFFREY S. WHITE
     UNITED STATES DISTRICT JUDGE