# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**              **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: November 2, 2007                **Court Reporter**: Kathy Wyatt

**CASE NO.:** C-07-3335 JSW

**TITLE:** William Slone, et. al., v Taxi Commission, et al.,

**COUNSEL FOR PLAINTIFF:**                **COUNSEL FOR DEFENDANT:**

Joseph Breall                             Vince Chhabria
                                          Francesca Gessner

**PROCEEDINGS:** Initial Case Management Conference

**RESULTS:**  Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by 11-9-07.

    **Close of ALL discovery: 1-11-08**

    **Hearing on dispositive motions (if any): 3-21-08 at 9:00 a.m.**
    **(if cross-motions are to be filed, counsel shall meet and confer and agree**
    **upon a 4 brief briefing schedule)**

    **Further CMC: 4-25-08 at 1:30 p.m.**
    **Joint CMC statement due: 4-18-08**