JOSEPH M. BREALL, Esq., State Bar # 124329
BREALL & BREALL, LLP
1255 Post Street, Suite 800
San Francisco, California 94109
Telephone: (415) 345-0545/Facsimile: (415) 345-0538
e-mail: jmbreall@breallaw.com
ELLIOTT A. MYLES, Esq., State Bar # 127712
MYLES LAW FIRM, INC.
P.O. Box 11094
Oakland, CA 94611-0094
Telephone: (510) 986-0877/Facsimile: (510) 986-0843
e-mail: elliott@myleslawfirm.com
Attorneys for Plaintiffs
WILLIAM SLONE and MICHAEL MERRITHEW

DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
FRANCESCA GESSNER, State Bar #247553
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-5408
Telephone: (415) 554-4674/Facsimile: (415) 554-4699
e-mail: vince.chhabria@sfgov.org

Attorneys for Defendants
TAXI COMMISSION and
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SLONE and MICHAEL MERRITHEW,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>TAXI COMMISSION, CITY AND COUNTY OF SAN FRANCISCO, Executive Director Heidi Machen; CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>　　　　　　Defendants. | Case No. C07-3335 JSW<br><br>**JOINT STATEMENT DECLINING REASSIGNMENT TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

Pursuant to this court's Civil Minute Order dated November 2, 2007, counsel for both parties have conferred with their respective clients and they do not consent to reassignment to a Magistrate Judge for all purposes.

Dated: November 8, 2007

By: /s/
VINCE CHHABRIA

Attorneys for Defendants TAXI COMMISSION and CITY AND COUNTY OF SAN FRANCISCO

Dated: November 8, 2007

By: /s/
ELLIOT A. MYLES

Attorneys for Plaintiffs WILLIAM SLONE and MICHAEL MERRITHEW