1    DENNIS J. HERRERA, State Bar #139669
     City Attorney
2    WAYNE SNODGRASS, State Bar #148137
     VINCE CHHABRIA, State Bar #208557
3    FRANCESCA GESSNER, State Bar #247553
     Deputy City Attorneys
4    City Hall, Room 234
     1 Dr. Carlton B. Goodlett Place
5    San Francisco, California 94102-5408
     Telephone:     (415) 554-4674
6    Facsimile:     (415) 554-4699
     E-Mail:        vince.chhabria@sfgov.org
7
     Attorneys for Defendants
8    TAXI COMMISSION and
     CITY AND COUNTY OF SAN FRANCISCO
9

10

11
                          UNITED STATES DISTRICT COURT
12
                         NORTHERN DISTRICT OF CALIFORNIA
13

14   WILLIAM SLONE and MICHAEL          Case No. C07-3335 JSW
     MERRITHEW,
                                        **STIPULATED APPLICATION RE**
15            Plaintiffs,               **SUMMARY JUDGMENT HEARING**
                                        **DATE AND BRIEFING SCHEDULE,**
16        vs.                           **[PROPOSED] ORDER**

17   TAXI COMMISSION, CITY AND
     COUNTY OF SAN FRANCISCO,
18   Executive Director Heidi Machen; CITY
     AND COUNTY OF SAN FRANCISCO, a
19   California public entity,

20            Defendants.

21

22
                          **STIPULATED APPLICATION**
23

24       At the Case Management Conference in the above-captioned matter on November 2, 2007, the

25   Court scheduled a hearing for Friday, March 21, 2008 on Defendants' anticipated motion for partial

26   summary judgment.  At the Conference, the Court instructed the parties that in the event that

27   Plaintiffs decide to file a cross motion, the parties should make arrangements to file four briefs, as

28   opposed to six.  The parties have met and conferred and Plaintiffs have stated their intent to file a

     Stipulated Application                  1                n:\govlit\li2007\080144\00458643.doc
     **USDC NO. C07-3335 JSW**

1   cross motion for summary judgment.  Accordingly, the parties propose to file a total of four briefs in

2   accordance with the following schedule and respectfully request that the Court continue the hearing to

3   Friday, April 4, 2008 at 9:00 a.m. to allow sufficient time to complete depositions and to file the cross

4   motions before the hearing:

5       February 15, 2008     San Francisco's Opening Brief Due

6       February 29, 2008     Plaintiffs' Cross Motion/Opposition Brief Due

7       March 7, 2008         San Francisco's Reply/Opposition Brief Due

8       March 21, 2008        Plaintiffs' Reply Brief Due

9       April 4, 2008         Hearing on Cross Motions for Summary Judgment

10

11  Dated:  January 16, 2008

12                                      By:/s/
                                            FRANCESCA GESSNER

13
                                            Attorneys for Defendants TAXI COMMISSION and
14                                          CITY AND COUNTY OF SAN FRANCISCO

15

16  Dated:  January 16, 2008

17                                      By:/s/
                                            ELLIOT A. MYLES

18                                          Attorneys for Plaintiffs WILLIAM SLONE and
                                            MICHAEL MERRITHEW

19

20

21                                      **ORDER**

22
        The hearing on the cross motions for summary judgment in the above-captioned matter shall
23
    be conducted on Friday, April 4, 2008 at 9:00 a.m. at 450 Golden Gate Avenue, San Francisco, CA,
24
    17th Floor, Courtroom 2.  The briefing schedule in the above-captioned matter shall be as follows:
25
        February 15, 2008     San Francisco's Opening Brief Due
26
        February 29, 2008     Plaintiffs' Cross Motion/Opposition Brief Due
27
        March 7, 2008         San Francisco's Reply/Opposition Brief Due
28

Stipulated Application                          2                    n:\govlit\li2007\080144\00458643.doc
**USDC NO. C07-3335 JSW**

1    March 21, 2008        Plaintiffs' Reply Brief Due

2    **IT IS SO ORDERED.**

3

4

5

6    DATED: _____, 2008        _____

7                                         JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulated Application                    3                    n:\govlit\li2007\080144\00458643.doc
**USDC NO. C07-3335 JSW**