DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
FRANCESCA GESSNER, State Bar #247553
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-5408
Telephone:     (415) 554-4674
Facsimile:      (415) 554-4699
E-Mail:          vince.chhabria@sfgov.org

Attorneys for Defendants
TAXI COMMISSION and
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SLONE and MICHAEL MERRITHEW,<br><br>        Plaintiffs,<br><br>    vs.<br><br>TAXI COMMISSION, CITY AND COUNTY OF SAN FRANCISCO, Executive Director Heidi Machen; CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>        Defendants. | Case No. C07-3335 JSW<br><br>**STIPULATED APPLICATION RE SUMMARY JUDGMENT HEARING DATE AND BRIEFING SCHEDULE, [PROPOSED] ORDER** |

**STIPULATED APPLICATION**

At the Case Management Conference in the above-captioned matter on November 2, 2007, the Court scheduled a hearing for Friday, March 21, 2008 on Defendants' anticipated motion for partial summary judgment. At the Conference, the Court instructed the parties that in the event that Plaintiffs decide to file a cross motion, the parties should make arrangements to file four briefs, as opposed to six. The parties have met and conferred and Plaintiffs have stated their intent to file a

cross motion for summary judgment. Accordingly, the parties propose to file a total of four briefs in accordance with the following schedule and respectfully request that the Court continue the hearing to Friday, April 4, 2008 at 9:00 a.m. to allow sufficient time to complete depositions and to file the cross motions before the hearing:

| | |
|---|---|
| February 15, 2008 | San Francisco's Opening Brief Due |
| February 29, 2008 | Plaintiffs' Cross Motion/Opposition Brief Due |
| March 7, 2008 | San Francisco's Reply/Opposition Brief Due |
| March 21, 2008 | Plaintiffs' Reply Brief Due |
| April 4, 2008 | Hearing on Cross Motions for Summary Judgment |

Dated: January 16, 2008

By: /s/
FRANCESCA GESSNER

Attorneys for Defendants TAXI COMMISSION and CITY AND COUNTY OF SAN FRANCISCO

Dated: January 16, 2008

By: /s/
ELLIOT A. MYLES

Attorneys for Plaintiffs WILLIAM SLONE and MICHAEL MERRITHEW

**ORDER**

The hearing on the cross motions for summary judgment in the above-captioned matter shall be conducted on Friday, April 4, 2008 at 9:00 a.m. at 450 Golden Gate Avenue, San Francisco, CA, 17th Floor, Courtroom 2. The briefing schedule in the above-captioned matter shall be as follows:

| | |
|---|---|
| February 15, 2008 | San Francisco's Opening Brief Due |
| February 29, 2008 | Plaintiffs' Cross Motion/Opposition Brief Due |
| March 7, 2008 | San Francisco's Reply/Opposition Brief Due |

1     March 21, 2008     Plaintiffs' Reply Brief Due

2     **IT IS SO ORDERED.**

6     DATED: January 16, 2008        *[signature]*

7                                                   JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE