DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
FRANCESCA GESSNER, State Bar #247553
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-5408
Telephone:     (415) 554-4672
Facsimile:     (415) 554-4699
E-Mail:         francesca.gessner@sfgov.org

Attorneys for Defendants
TAXI COMMISSION and
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SLONE and MICHAEL MERRITHEW,<br><br>Plaintiffs,<br><br>vs.<br><br>TAXI COMMISSION, CITY AND COUNTY OF SAN FRANCISCO, Executive Director Heidi Machen; CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendants. | Case No. C07-3335 JSW<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:   April 8, 2008<br>Time:           9:00 a.m.<br>Place:          Ctrm. 2, 17th Floor |

Pursuant to Federal Rules of Evidence 201, Defendant City and County of San Francisco respectfully requests that the Court take judicial notice of the contents of the following documents:

Exhibit A    San Francisco Administrative Code, Appendix 6 "Ordinance Providing for the Regulation of Taxicabs and Other Motorvehicles For Hire" (adopted June 6, 1978).

Exhibit B    San Francisco Planning and Urban Research Association, "Making Taxi Service Work in San Francisco" (November 2001).

Exhibit C    San Francisco Voter Information Pamphlet, Primary Election, June 6, 1978, Proposition K.

Exhibit D    San Francisco Police Code, Article 16, Regulations for Motor Vehicles for Hire, Divisions I, II and X.

Exhibit E    San Francisco Board of Supervisors, File No. 040343 Legislative Digest and Ordinance (June 2004).

Exhibit F    San Francisco City Charter Section 4.133 (added November 1998).

Exhibit G    San Francisco Taxi Commission Resolution No. 2002-14 (February 2002).

Exhibit H    San Francisco Taxi Commission, "Processing A Request Under the Americans With Disabilities Act For Modification of a Permit Requirement" (February 2002).

Exhibit I    S*an Francisco Permitholders and Drivers Assn et al. vs. San Francisco*, 2002 WL 1485354 (July 11, 2002).

Exhibit J    Memorandum of Deputy City Attorney Thomas Owen to San Francisco Taxi Commission (August 5, 1999).

Exhibit K    San Francisco Taxi Commission Resolution No. 2002-93, "Continuous Driving Is An Essential Eligibility Requirement of the City's Taxi Permitting Programs" (October 2002).

Exhibit L    San Francisco Voter Information Pamphlet, Consolidated Municipal Election, November 4, 2003, Proposition N.

Exhibit M    City and County of San Francisco Consolidated Municipal Election Results, November 4, 2003, Proposition N.

Exhibit N    San Francisco Taxi Commission Resolution No. 2006-28, "Clarifying Limitations to Variations from the 1978 Proposition K Driving Requirements" (February 2006).

Exhibit O    Minutes of January 9, 2007 San Francisco Taxi Commission Meeting.

Dated: February 15, 2008

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
VINCE CHHABRIA
FRANCESCA GESSNER
Deputy City Attorneys

By: _____/s/_____
FRANCESCA GESSNER
Attorneys for Defendants TAXI COMMISSION and
CITY AND COUNTY OF SAN FRANCISCO