# EXHIBIT G

CITY AND COUNTY OF
SAN FRANCISCO



TAXICAB COMMISSION
MAYOR WILLIE L. BROWN, JR.

NAOMI M. LITTLE, EXECUTIVE DIRECTOR

LYNETTE SWEET, PRESIDENT
PAUL GILLESPIE, VICE PRESIDENT
PATRICIA BRESLIN, COMMISSIONER
ARTHUR M. JACKSON, COMMISSIONER
R. BOWMAN LEONG, COMMISSIONER
MARY McGUIRE, COMMISSIONER
MARTIN SMITH, COMMISSIONER

October 10, 2002

At the meeting of the Taxicab Commission on Tuesday, February 26, 2002 the following resolutions and findings were adopted:

**RESOLUTION NO. 2002-14**
**APPROVAL OF GUIDELINES FOR PROCESSING A REQUEST UNDER THE AMERICANS WITH DISABILITIES ACT FOR MODIFICATION OF A PERMIT REQUIREMENT.**

**APROVAL OF GUIDELINES FOR THE ENFORCEMENT OF THE FULL-TIME DRIVING REQUIREMENT: STANDARDS FOR PERMIT REVOCATION.**

WHEREAS, the San Francisco Taxi Commission heard testimony on how these two items coincide and should be placed together; therefore be it

RESOLVED, The San Francisco Taxi Commission hereby approves of guidelines for processing request made under the Americans with Disabilities Act and for the Enforcement of the full-time driving requirement standards for permit revocation.

**AYES:** Sweet, Gillespie, Breslin, Leong, McGuire, Wiener          **ABSENT:** Alunan

Farrell Suslow
Commission Secretary

1540 Market Street, Suite 160, San Francisco, CA  94102  (415) 554-3940