# EXHIBIT H

## PROCESSING A REQUEST UNDER THE AMERICANS WITH DISABILITIES ACT FOR MODIFICATION OF A PERMIT REQUIREMENT
### REVISED 2/26/02

The Americans With Disabilities Act (the "ADA") states that "no qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entity, or be subjected to discrimination by any such entity." The Commission's processing of ADA requests for modification of a permit requirement thus focuses on whether the permitholder[1] making the request is a "qualified individual with a disability."[2]

## I. ESTABLISHING THAT THE PERMITHOLDER IS DISABLED

NOTE: Under the ADA, a disabled person is an individual who (1) has a physical or mental impairment that substantially limits one or more of the individual's major life activities, (2) has a record of such an impairment, or (3) is regarded as having such an impairment. To be "substantially limit[ed]" in one or more "major life activities," an individual must be unable to perform, or be significantly limited in the ability to perform, a major life activity, compared to an average person in the general population. Examples of major life activities include walking, seeing, hearing, breathing, speaking, learning, performing manual tasks, and working. The determination as to whether an individual is substantially limited must be based on the effect of an impairment on that individual's life activities. Three factors to consider, among others, are the nature and severity of the impairment; the expected duration of the impairment; and the permanent or long-term impact, or expected impact, of the impairment on the individual.

### A. Permitholder Requests Modification

The Commission or its staff receives a written or oral request from a permitholder for modification of a permit requirement. A request may be a statement expressing the need for an adjustment to or change in a permit requirement for a reason related to a medical condition. The request may be in "plain English" and need not mention the ADA or use the phrase "reasonable modification." The request shall be forwarded to the ADA Coordinator (the "Coordinator").[3]

### B. Coordinator Reviews Procedure With Permitholder, Distributes Forms

The Coordinator shall provide the permitholder with a *letter acknowledging the request* and inviting the permitholder to meet with the Coordinator. The Coordinator shall

---

[1] For purposes of this document, the term "permitholder" means the holder of any type of permit issued by the Commission, or an applicant for any such permit.

[2] The ADA defines a "qualified individual with a disability" as "an individual with a disability who, with or without reasonable modifications to rules, policies, or practices, the removal of architectural, communication, or transportation barriers, or the provision of auxiliary aids and services, meets the essential eligibility requirements for the receipt of services or the participation in programs or activities provided by a public entity."

[3] The Coordinator shall be the Executive Director of the Commission or a person selected by the Executive Director who is either on the Commission's staff or otherwise in City government.

1

convey to the permitholder how the Commission processes ADA requests; give the permitholder a copy of the *request for modification form*, which must be completed and signed by the permitholder; inform the permitholder of the need for medical documentation of the claimed disability, and request that the permitholder sign the *medical authorization and release form*.

If the permitholder's disability is not obvious, the Coordinator may request documentation of the permitholder's functional limitations to support his or her ADA request. A medical examination may be required to determine whether the permitholder has a disability and is entitled to a modification, and if so, to identify an effective modification. The Coordinator shall advise the permitholder that he or she may attach any available medical information or documentation related to the medical condition that is the basis for the ADA request.

### C. Coordinator Collects Information From Permitholder

The Coordinator receives the completed forms from the permitholder and any available medical information or documentation submitted by the permitholder.

### D. Coordinator Collects Information From Permitholder's Health Care Provider

If additional information is necessary from the permitholder's health care provider, the Coordinator sends copies of the permitholder's medical authorization and release form, the *health care provider certification form*, and the *cover letter to the health care provider* with instructions to have the forms returned within two weeks. The Coordinator shall provide the permitholder with courtesy copies of forms and all follow-up correspondence sent to the health care provider.

If necessary, the Coordinator shall make follow-up contact with the health care providers identified by the permitholder. The Coordinator may also contact the permitholder to stress that the health care provider's information will be necessary in order to determine eligibility for modification of a permit requirement and evaluate the efficacy of the requested modification.

The Coordinator receives the completed forms from the permitholder's identified health care provider. The Coordinator evaluates the information for completeness and determines whether the information received is sufficient. If the information received from the health care provider is insufficient or unclear, the Coordinator may contact the provider in writing or by phone. If the request for additional information or clarification is made by phone, the Coordinator should send written confirmation of the phone request or contact to the provider and maintain a copy for the file.

### E. Coordinator Collects Additional Information

If the information received from the health care provider remains unclear despite the Coordinator's efforts, or the Coordinator wishes to confirm whether the permitholder has a physical or mental impairment that substantially limits a major life activity and whether the permitholder can meet the essential requirements of the permit, the Coordinator may

request an independent medical examination of the permitholder through San Francisco General Hospital Occupational Health Service (SFGH-OHS).

NOTE: The permitholder's medical records are to be kept confidential. The Coordinator may share them with other City personnel, such as health care professionals, ADA specialists, and the City Attorney's Office, as needed to evaluate the ADA request. All correspondence, notes, conversations, physician's reports, and any additional information pertaining to a permitholder's specific medical condition must be handled and filed in a manner that will protect the permitholder's confidentiality.

## II.    EVALUATING THE REQUESTED MODIFICATION

Evaluating whether a disabled permitholder is qualified to participate in one of the Commission's permitting programs will entail evaluating the permitholder's request for modification of a permit requirement. Certain general principles govern evaluation of these requests, including but not limited to the following. The ADA does not mandate that a permitholder be exempted from an essential eligibility requirement of the program. Nor does it require modification of a rule, policy, or practice if doing so would fundamentally alter the nature of the program. A requested modification that poses a threat to the safety of the permitholder or the public is not reasonable. A requested modification is unreasonable if it is unduly costly or its implementation would be unduly disruptive.

The Coordinator may confer with Commission staff (including the Executive Director), the City Attorney's Office, or other appropriate City personnel to evaluate the permitholder's requested modification and possible alternative modifications. A modification under the ADA need not be the best modification available, nor the one requested by the permitholder or the permitholder's health care provider.

The permitholder has the right to refuse a particular modification that is offered. However, once the Commission offers the permitholder an effective modification, the Commission presumptively has met its obligations under the ADA. If the permitholder refuses the modification and cannot meet the essential requirements of the permit program without modification, he or she may no longer be qualified for the permit.

## III.    DECISION

The Coordinator shall recommend to the Executive Director whether the permitholder's ADA request should be granted or denied. The Executive Director shall make the decision. In reaching the decision, the Coordinator and Executive Director shall consult as appropriate with other City personnel, including, when appropriate, Commission staff and the City Attorney's Office.

The decision shall be communicated in writing to the permitholder. If the permitholder's ADA request is denied, the decision shall state the reason or reasons for the denial. If the request is denied because the permitholder is not disabled within the meaning of the ADA, the decision is appealable to the Mayor's Office of Disability. If the request is denied solely because the permitholder, even if disabled, would not be considered under

the ADA to be a qualified individual with a disability, the permitholder may appeal that issue to the Commission within 30 days of the decision. This appeal must be in writing and sent to the Executive Director. The Commission shall decide the appeal within 45 days of the appeal.