# EXHIBIT M

# Department of Elections

Results Summary Nov 2003

## City and County of San Francisco
## Consolidated Municipal Election
## Results
## November 4, 2003

Neighborhood Statistics

```
SUMMARY REPORT          CITY & COUNTY OF SAN FRANCISCO
                        MUNICIPAL ELECTION
                        NOVEMBER 4, 2003
RUN DATE:11/14/03 10:58 AM

                                                     VOTES    PERCENT

    PRECINCTS COUNTED (OF 562).   .   .   .   .       562     100.00
    REGISTERED VOTERS - TOTAL .   .   .   .   .   459,213
    BALLOTS CAST - TOTAL.   .   .   .   .   .   .  209,723
    BALLOTS CAST - SUPERVISORIAL 1  .   .   .       17,886
    BALLOTS CAST - SUPERVISORIAL 2  .   .   .       22,703
    BALLOTS CAST - SUPERVISORIAL 3  .   .   .       16,714
    BALLOTS CAST - SUPERVISORIAL 4  .   .   .       18,519
    BALLOTS CAST - SUPERVISORIAL 5  .   .   .       23,192
    BALLOTS CAST - SUPERVISORIAL 6  .   .   .       14,392
    BALLOTS CAST - SUPERVISORIAL 7  .   .   .       22,401
    BALLOTS CAST - SUPERVISORIAL 8  .   .   .       30,345
    BALLOTS CAST - SUPERVISORIAL 9  .   .   .       15,961
    BALLOTS CAST - SUPERVISORIAL 10 .   .   .       13,400
    BALLOTS CAST - SUPERVISORIAL 11 .   .   .       14,210
    VOTER TURNOUT - TOTAL   .   .   .   .   .   .              45.67

MAYOR
VOTE FOR 1
    GAVIN NEWSOM    .   .   .   .   .   .   .   .   87,196     41.92
    MATT GONZALEZ   .   .   .   .   .   .   .   .   40,714     19.57
    ANGELA ALIOTO   .   .   .   .   .   .   .   .   33,446     16.08
    TOM AMMIANO.    .   .   .   .   .   .   .   .   21,452     10.31
    SUSAN LEAL  .   .   .   .   .   .   .   .   .   17,641      8.48
    TONY RIBERA.    .   .   .   .   .   .   .   .    5,015      2.41
    MICHAEL F. DENNY.   .   .   .   .   .   .   .      925       .44
    ROGER E. SCHULKE .  .   .   .   .   .   .   .      755       .36
    JIM REID.   .   .   .   .   .   .   .   .   .      733       .35
    WRITE-IN.   .   .   .   .   .   .   .   .   .      131       .06

DISTRICT ATTORNEY
VOTE FOR 1
    TERENCE HALLINAN    .   .   .   .   .   .   .   70,580     35.85
    KAMALA HARRIS   .   .   .   .   .   .   .   .   66,248     33.65
    BILL FAZIO  .   .   .   .   .   .   .   .   .   59,834     30.39
    WRITE-IN.   .   .   .   .   .   .   .   .   .      230       .12
```

```
SHERIFF
VOTE FOR  1
  MICHAEL HENNESSEY.    .   .   .   .   .   .   .    145,583    82.01
  TONY CARRASCO   .   .   .   .   .   .   .   .   .   31,446    17.71
  WRITE-IN.   .   .   .   .   .   .   .   .   .   .      498      .28

PROPOSITION A
  YES   .   .   .   .   .   .   .   .   .   .   .   139,814    70.59
  NO.   .   .   .   .   .   .   .   .   .   .   .    58,254    29.41

PROPOSITION B
  YES   .   .   .   .   .   .   .   .   .   .   .   125,142    66.83
  NO.   .   .   .   .   .   .   .   .   .   .   .    62,103    33.17

PROPOSITION C
  YES   .   .   .   .   .   .   .   .   .   .   .   133,879    70.57
  NO.   .   .   .   .   .   .   .   .   .   .   .    55,819    29.43

PROPOSITION D
  YES   .   .   .   .   .   .   .   .   .   .   .   104,922    55.92
  NO.   .   .   .   .   .   .   .   .   .   .   .    82,698    44.08

PROPOSITION E
  YES   .   .   .   .   .   .   .   .   .   .   .   114,010    61.94
  NO.   .   .   .   .   .   .   .   .   .   .   .    70,045    38.06

PROPOSITION F
  YES   .   .   .   .   .   .   .   .   .   .   .   128,112    67.58
  NO.   .   .   .   .   .   .   .   .   .   .   .    61,465    32.42

PROPOSITION G
  YES   .   .   .   .   .   .   .   .   .   .   .   146,004    75.80
  NO.   .   .   .   .   .   .   .   .   .   .   .    46,605    24.20

PROPOSITION H
  YES   .   .   .   .   .   .   .   .   .   .   .    99,314    51.94
  NO.   .   .   .   .   .   .   .   .   .   .   .    91,900    48.06

PROPOSITION I
  YES   .   .   .   .   .   .   .   .   .   .   .   115,146    59.85
  NO.   .   .   .   .   .   .   .   .   .   .   .    77,256    40.15

PROPOSITION J
  YES   .   .   .   .   .   .   .   .   .   .   .   113,564    58.71
  NO.   .   .   .   .   .   .   .   .   .   .   .    79,871    41.29

PROPOSITION K
  YES   .   .   .   .   .   .   .   .   .   .   .   142,042    74.79
  NO.   .   .   .   .   .   .   .   .   .   .   .    47,879    25.21

PROPOSITION L
  YES   .   .   .   .   .   .   .   .   .   .   .   117,140    59.57
  NO.   .   .   .   .   .   .   .   .   .   .   .    79,498    40.43

PROPOSITION M
  YES   .   .   .   .   .   .   .   .   .   .   .   117,405    59.66
```

```
NO.    .  .  .  .  .  .  .  .  .  .  .  .     79,375   40.34

PROPOSITION N
NO.    .  .  .  .  .  .  .  .  .  .  .  .    134,465   71.99
YES    .  .  .  .  .  .  .  .  .  .  .  .     52,326   28.01
```