# EXHIBIT N

CITY AND COUNTY OF
SAN FRANCISCO



TAXI COMMISSION
MAYOR GAVIN C. NEWSOM

COMMISSIONERS TELEPHONE (415) 554-7737

ARTHUR JACKSON, PRESIDENT, ext. 1
PATRICIA BRESLIN, VICE PRESIDENT, ext. 4
PAUL GILLESPIE, COMMISSIONER, ext. 2
MICHAEL KWOK, COMMISSIONER, ext. 3
MARY McGUIRE, COMMISSIONER, ext. 5
MIN PAEK, COMMISSIONER, ext. 6
MARTIN SMITH, COMMISSIONER, ext. 7

HEIDI MACHEN, EXECUTIVE DIRECTOR

March 8, 2006

At the regular meeting of the Taxicab Commission on Tuesday, February 28, 2006 the following resolutions and findings were adopted:

<u>RESOLUTION NO. 2006-28</u>
<u>Clarifying limitations to variations from the 1978 Proposition K driving requirements</u>

Whereas in Proposition K in 1978 San Francisco voters established a medallion holder's driving requirement, as one of a package of taxi industry reforms, and

Whereas in 2003 the voters rejected Proposition N, an initiative ordinance that would have waived the driving requirement for disabled permit holders, and

Whereas the driving requirement is codified in the San Francisco Police Code §1081(f) and the San Francisco Administrative Code, Appx. 6, and

Whereas, in Resolution # 2002-93, adopted 8 October 2002, the Taxi Commission declared that "continuous driving is an essential eligibility requirement of the City's programs for the permitting of motor vehicles for hire, and that exempting a permit holder from that requirement would fundamentally alter the nature of those programs...", and

Whereas the Americans with Disabilities Act allows some variation in permitting requirements as accommodation to the disabled insofar as those variations do not compromise the essential eligibility requirements and character of the program, and

Whereas, the Commission presently allows some variation from the 90-day medical leave prescribed in Proposition K, but without clear guidelines, in instances where a medallion holder experiences a medically verified disability or catastrophic illness which limits her/his ability to meet the annual driving requirement, and

Whereas, the present resolution does not preclude or limit future discussion or resolutions related to permit transferability, health care, or retirement issues.

Therefore it be resolved, that the Taxi Commission establishes the following policies for disabled medallion-holders who are otherwise qualified to hold taxicab permits:
- A 120-day maximum leave per year from the driving requirement with a three consecutive year cap (annual renewal upon review and approval)
- Up to a full year exemption from the driving requirement once per five years for treatment for catastrophic recoverable illness
- The applicant shall submit medical documentation and be available for review by the San Francisco Department of Public Health upon application and renewal.

AYES: Jackson; Gillespie; Kwok; Paek        NOES: Breslin; Smith
ABSENT: None                                 RECUSED: McGuire

Respectfully submitted,

Heidi Machen
Executive Director