DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
FRANCESCA GESSNER, State Bar #247553
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-5408
Telephone:    (415) 554-4762
Facsimile:    (415) 554-4699
E-Mail:       francesca.gessner@sfgov.org

Attorneys for Defendants
TAXI COMMISSION and
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SLONE and MICHAEL MERRITHEW,<br><br>Plaintiffs,<br><br>vs.<br><br>TAXI COMMISSION, CITY AND COUNTY OF SAN FRANCISCO, Executive Director Heidi Machen; CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendants. | Case No. C07-3335 JSW<br><br>**DECLARATION OF FRANCESCA GESSNER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date:   April 8, 2008<br>Time:           9:00 a.m.<br>Place:          Ctrm. 2, 17th Floor |

I, Francesca Gessner, declare as follows:

1. I have personal knowledge of the matters stated herein, except for those matters set forth on information and belief, which I believe to be true, and if called to testify, I can and will testify competently as to all matters set forth herein.

2. I am a Deputy City Attorney for the City and County of San Francisco. I represent defendants in the above-captioned case.

3.  On January 24, 2006, the Taxi Commission held a regularly scheduled public meeting. Attached as Exhibit A is a true and correct copy of the agenda for the January 24, 2006 Taxi Commission Meeting, also available on the Taxi Commission website at http://www.sfgov.org/site/taxicommission_page.asp?id=37080. Under agenda item 8, the Commission considered adoption of Resolution 2006-28, "Variations to Prop K Driving Requirement." I have watched a DVD recording of that meeting made by the San Francisco Department of Telecommunications and Information Services ("DTIS"). That DVD recording includes a statement made by Commissioner Paul Gillespie during the Commission's discussion of that agenda item that San Francisco voters' rejection of Proposition N made clear that they want medallions "to go to working drivers and they are not retirement pensions for ex-cab drivers." (Chapter 7, 2:39:42 on Disc 1).

4.  That DVD recording also includes the following three statements made by then-Commission President Arthur Jackson during the Commission's discussion of agenda item number 8: (1) "The key of this resolution is recoverability." (Chapter 7, 2:48:04 on Disc 1); (2) The resolution "is geared to an accommodation for people that will recover and continue to do their job. It is not, nor was it intended to be, any kind of retirement program." (Chapter 7, 2:48:24 on Disc 1); and (3) "What I don't think we can allow is for someone who is simply never going to drive again to get an annual ADA when we know they are never going to drive again. ... ADA is not a retirement. It's an accommodation." (Chapter 7, 2:49:32 on Disc 1).

5.  Defendants would be happy to provide copies of the DTIS recording of the January 24, 2006 Taxi Commission meeting to the Court and Plaintiffs' counsel upon request.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in San Francisco, California, on February _15_, 2008.

FRANCESCA GESSNER