# San Francisco Taxicab Commission

January 24, 2006

**TAXICAB COMMISSION AGENDA**
**REGULAR MEETING**

**January 24, 2006 at 6:30 p.m.**
**City Hall, 1 Dr. Carlton B. Goodlett Place**
**Room** 400

1. Pledge of Allegiance
2. Roll Call
3. Consideration of the Minutes for the January 10, 2006 Taxicab Commission Meeting. [ACTION]
4. Consideration of the Consent Calendar. [ACTION]
5. Vehicle Standard Proposal [INFORMATION AND POSSIBLE ACTION]
6. Taxicab Advertising – DrivAd [INFORMATION AND POSSIBLE ACTION]
7. Consideration of the F06-07 Annual Taxicab Commission Budget [DISCUSSION AND POSSIBLE ACTION]
8. Variations to Prop K Driving Requirement [DISCUSSION AND POSSIBLE ACTION]
9. Staff Report [INFORMATION]
10. Public Comment (Please limit public comment to items not on the agenda).
11. Adjournment

**Taxicab Commission Agenda – Regular Meeting**
**January 24, 2006, 6:30 p.m.**
**City Hall, 1 Dr. Carlton B. Goodlett Place, Room 400**

**CONSENT CALENDAR**

A. Recommendation of the Taxi Detail for consideration of Public Passenger Vehicle Driver permit to:

Mekonen Abrha   Daniel A. Admasu  Abdulaziz Alajji   Rafael A. Aviles
Jian Qiang Chen   John P.H. Fortuno  Nouar Gouasmia  Robert Guyton Jr.
Mohamad Hamze  Lin Min Htet   Aung Htoo   Bing Quan Hu
Mitchel Y. Hu   Jesse H. Huynh   Edward J. Jennings  Graham S. Jones
Oday S. Khaldi   Youssef Kiby   Vinod Kumar   Clarence Lalaind Jr.
Pedro I. Lima   Aung T. Lin   Chieh M. Lin   Pablo H. Melo
Shereen Mohammad  Linn H. Myo   Tiago L. Neves   Ashraf I. Qaqish
Muhammad Qasim  Surafel B. Sahlemariam    Sidney Shum   Jaswinder Singh
Tai Huu Tran   Gustavo Vieira   Wilson J. Villet   Kyaw Win
Ja Zaw

B. Recommendation of the Taxi Commission for consideration of Color Scheme Change to:

| Medallion Holder | Cab # | Change |
| --- | --- | --- |
| 1. Ralph Jacobson | 1012 | Yellow Cab to Arrow Cab |
| 2. Joan R. Fisher | 274 | Veterans Cab to Arrow Cab |
| 3. June Pitkoff | 233 | Veterans Cab to Arrow Cab (Request Withdrawn) |

4. Michele Favetti Sevilla   221       Veterans Cab to Arrow Cab  (Request Withdrawn)
5. Alec Kaplan               9062      DeSoto Cab to Luxor Cab

C.      Recommendation of the Taxi Detail for consideration of Taxicab Medallion Holder Permit to:

Taxicab Permit Holder   Cab#    Color Scheme
1. Eward Healy           572     Luxor Cab
2. Imran Rehman          514     Yellow Cab
3. Peter Witt            310     Yellow Cab
4. Samson Tam            562     Regents Cab
5. Eric Cragin           327     Arrow Cab

D.      Recommendation of the Taxi Detail for consideration of New Color Scheme:

Color Scheme      Medallion #
1. Best Cab       9060

E.      Consideration of the Taxi Commission to grant a time waiver or second time waiver to:

1. Mortimer Joyce* (Continued from 12/13/05 & 1/10/06 meeting)
2. Michael Chow
3. Kenneth Chan
4. Abdulhadi H. Yassin
5. Donald Templeton
6. Meseret Y. Mekonnen

*Applicant name is up for consideration to be removed from the Taxicab/Ramp Medallion Waiting List-Item F.

F.      Consideration of the Taxi Commission to remove applicant name(s) from the Taxicab/Ramp Medallion Waiting List:
Applicant Name  List #
1. Mortimer Joyce 6-195 (Continued from 12/13/05 & 1/10/06 meeting)


G. Consideration of the Taxi Commission to remove applicant name(s) from the Taxicab/Ramp Medallion waiting list after failure to respond to 'Final Notice' per Municipal Police Code Section 1080(c)(2):

| Applicant Name | List # | Applicant Name | List # |
| --- | --- | --- | --- |
| 1. Shawn Amirehsani | 6-283* | 16. James Nigan | 6-260 |
| 2. Gavin Ames | 6-342 | 17. Rolf Olsen | 6-139 |
| 3. Ishtiaz Bokhari | 5-243 | 18. Sonyan Pham | 6-101 |
| 4. Dean Chou | 6-293 | 19. Thomas Poon | 6-285 |
| 5. Lance Chou | 6-296 | 20. Danny Poon | 6-286 |
| 6. Te Thomas Chou | 6-294 | 21. Andre Reed | 6-131 |
| 7. Lee Davis | 6-124 | 22. Francis Shackelford | 6-284 |
| 8. Richard Finn | 6-287 | 23. Walter Smith | 6-253 |
| 9. Delvis Frazier | 6-331 | 24. William Snyder | 6-240 |
| 10. Thomas Jamvold | 6-317 | 25. Vincent Voisin | 6-133 |
| 11. Robert Harrow | 6-227 | 26. Frank Wong | 6-055 |
| 12. William Ma | 6-030 | 27. Gordon Wong | 6-244 |
| 13. Edgard Medal | 6-255 | 28. Charles Yourd | 6-316 |
| 14. Stephen Mowry | 6-332 | 29. Lev Zotman | 6-140 |
| 15. Richard Ng | 6-246 | | |

*is o N

Item B – Consideration of the Taxi Commission to grant a time wavier.

**NOTICE**

This is not an agenda item for this meeting, but serves as a public notice

A. The following individuals have filed and completed applications for Taxicab Medallion Holder Permits, Ramped Taxicab Medallion Holder Permits or Color Scheme Changes which will be reviewed and considered on the February 14, 2006 hearing: (copies of the applications are available for review at the San Francisco Police Taxicab Detail, 850 Bryant Street, Room 458, each Business day from 9am to 4pm).

1A. TAXICAB PERMIT HOLDER   1B. RAMPED TAXICAB   1C. NEW COLOR SCHEME
  1. Muhammad L. Alam                N/A                          N/A


2. COLOR SCHEME CHANGE:
   Medallion Holder  Cab #  Change


B. Consideration of the Taxi Commission to grant a time waiver to:
1. Michael Roach
2. Surinder Kumar
3. Shawn Amirehsani


Public Comment may be limited to two minutes for a specific item number depending on the number of speakers. Copies of the Commission's "Procedures for Protesting the Prospective Issuance of a Taxicab/Ramped Taxi Permit (Medallion)" are available upon request at the San Francisco Police Taxicab Detail, 850 Bryant Street, Room 458, each Business day from 9am to 4pm (Documents distributed are in parenthesis) Copies of obtainable documents may be viewed or obtained at the San Francisco Police Taxicab Detail, 850 Bryant Street, Room 458.

### ACCESSIBLE MEETING POLICY

Accessible seating for persons with disabilities (including those using wheelchairs) will be available.

Individuals who are unable to attend the meeting but would like to comment on an agenda item may do so by calling (415) 554-9632 during the meeting. When the item you wish to comment on is heard, you must state at that time you wish to speak.

Upon request, American Sign Language interpreters and/or sound enhancement systems will be available. Please contact Sonya Banks at (415) 503-2180, at least 72 hours prior to the meeting. Late requests will be honored if possible.

Upon request, minutes of meetings are available in alternative formats. If you require the use of a reader during a meeting, please contact Sonya Banks at (415) 503-2180, at least 72 hours prior to the meeting. Late request will be honored if possible.

Individuals with severe allergies, environmental illness, multiple chemical sensitivity or related disabilities may call Sonya Banks at (415) 503-2180 to discuss meeting accessibility. In order to assist the City's efforts to accommodate such people, attendees at public meetings are reminded that other attendees may be sensitive to various chemical based products. Please help the City to accommodate these individuals.

The closest accessible BART station is located in the Civic Center at Market and Eighth Streets. Accessible MUNI lines serving this location are Nos. 42 and 90. For information about MUNI accessible services, call (415) 923-6142.

Accessible parking is available at the following locations: two (2) designated blue curb spaces on the southwest corner of McAllister Street at Van Ness Avenue; and the Performing Arts Garage (entrance on Grove Street between Franklin and Gough Streets, immediately behind the San Francisco War Memorial and Performing Arts Center).

### KNOW YOUR RIGHTS UNDER THE SUNSHINE ORDINANCE

Government's duty is to serve the public, reaching its decision in full view of the public. Commissions, boards, councils and other agencies of the City and County exist to conduct the people's business. The Sunshine Ordinance assures that deliberations are conducted before the people and that City operations are open to the people's review. For more information on your rights under the Sunshine Ordinance (Chapter 67 of the San Francisco Administrative Code) or to

report a violation of the ordinance, contact Adele Destro, Interim Administrator by mail to Sunshine Ordinance Task force, City Hall, 1 Dr. Carlton B. Goodlett Place, Room 244, by phone at (415) 554-7724, by fax at (415) 554-7854 or by e-mail at sotf@sfgov.org

Citizens interested in obtaining a copy of the Sunshine Ordinance can request a copy from Ms. Adele Destro or by printing Chapter 67 of the San Francisco Administrative Code on the Internet, at http://www.amlegal.com/sanfran/viewcode.htm

### SAN FRANCISCO LOBBYIST ORDINANCE

Attention: Individuals and entities that influence or attempt to influence local legislative or administrative action may be required by the San Francisco Lobbyist Ordinance [SF Campaign & Governmental Conduct Code § 2.100] to register and report lobbying activity. For more information about the Lobbyist Ordinance, please contact the San Francisco Ethics Commission at 30 Van Ness Avenue, Suite 3900, San Francisco, CA 94102; telephone (415) 581-2300; fax (415) 581-2317; web site: sfgov.org/ethics.

### WARNING

The ringing of and use of cell phones, pagers, and similar sound-producing devices are prohibited at this meeting. Please be advised that the Chair may order the removal from the meeting room of any person(s) responsible for the ringing or use of a cell phone, pager, or other similar sound producing electronic devices. (San Francisco Administrative Code, sec. 67A.1)