DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
FRANCESCA GESSNER, State Bar #247553
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-5408
Telephone:     (415) 554-4762
Facsimile:      (415) 554-4699
E-Mail:          francesca.gessner@sfgov.org

Attorneys for Defendants
TAXI COMMISSION and
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SLONE and MICHAEL MERRITHEW,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>TAXI COMMISSION, CITY AND COUNTY OF SAN FRANCISCO, Executive Director Heidi Machen; CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>　　　　　Defendants. | Case No. C07-3335 JSW<br><br>**DEFENDANTS' AMENDED NOTICE OF CROSS MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date:　　April 4, 2008<br>Time:　　　　　　9:00 a.m.<br>Place:　　　　　　Ctrm. 2, 17th Floor |

**AMENDED NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT on April 4, 2008 at 9:00 a.m. in Courtroom 2 of the United States District Court of the Northern District of California, 450 Golden Gate Avenue, San Francisco, California, defendants City and County of San Francisco and Taxi Commission ("City" or "San Francisco") hereby do move the Court for an order pursuant to Federal Rule of Civil Procedure 56

1  granting summary judgment and/or partial summary judgment[1] in favor of the City on the single
2  claim underlying plaintiffs' causes of action for declaratory and injunctive relief: that the Americans
3  With Disabilities Act ("ADA") requires the City to waive its driving requirement for medallion
4  holders with disabilities.

5        This Amended Notice is filed pursuant to instructions from the Court's Clerk who, on
6  February 25, 2008, notified Defendants' counsel by telephone that the correct hearing date for the
7  cross motions for summary judgment in the above-captioned case is April 4, 2008.  April 4, 2008 is
8  the date that the parties had previously agreed upon as set forth in their stipulated application filed on
9  January 16, 2008.  Judge White's January 16, 2008 order granting the stipulated application also listed
10 April 4, 2008 as the hearing date.  Due to a court clerical error, however, the hearing date was
11 erroneously entered in the Electronic Case Filing system as April 8, 2008.  As a result, Defendants'
12 Notice of Motion filed on February 15, 2008 listed the hearing date as April 8, 2008.  This Amended
13 Notice is filed to state the correct hearing date for the parties' cross motions for summary judgment
14 and/or partial summary  judgment.

15       This motion is made on the ground that Title II of the ADA, 42 U.S.C. § 12132, does not
16 require the City to exempt disabled individuals from its statutory, voter-mandated requirement that
17 taxi medallion holders personally drive their cabs in order to hold a medallion.  This driving
18 requirement is an essential eligibility requirement of the City's taxi medallion program that has been
19 mandated by the voters and the Board of Supervisors.  *See* San Francisco Admin. Code, Appx. 6 §§
20 2(b), 3(d); San Francisco Police Code §§ 1081(f), 1186(a).  As a matter of law, the ADA does not
21 require the City to fundamentally alter its program by waiving an essential eligibility requirement.

22       This motion is based on this Corrected Notice of Motion for Summary Judgment; the
23 previously electronically filed Notice of Motion and Motion; the Memorandum of Points and
24 Authorities; the Declaration of Heidi Machen in Support of Defendants' Motion for Summary

---

[1] Although the City believes that a ruling on this legal question will resolve the case in its entirety, it has titled this motion a motion for summary judgment and/or partial summary judgment in order to be consistent with the Joint Case Management Statement. *See* Joint Case Management Statement at 10-12 (filed 10/26/07).

1  Judgment; the Declaration of Paul Gillespie in Support of Defendants' Motion for Summary
2  Judgment; Defendants' Request for Judicial Notice In Support of Motion for Summary Judgment; all
3  exhibits attached to any of the foregoing; moving Defendants' reply papers to be filed in support of
4  this motion; and the complete files and records of this action and such other and further matters as
5  may be presented to the Court at the time of the hearing.
6  Dated:  February 25, 2008

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
VINCE CHHABRIA
FRANCESCA GESSNER
Deputy City Attorneys

By:_____/s/_____
　　FRANCESCA GESSNER

Attorneys for Defendants
TAXI COMMISSION AND
CITY AND COUNTY OF SAN FRANCISCO