1  Joseph M. Breall, Esq. (SBN 124329)
   BREALL & BREALL, LLP
2  1255 Post Street, Suite 800
   San Francisco, California 94109
3  Telephone: (415) 345-0545
   Facsimile: (415) 345-0538
4  e-mail: jmbreall@breallaw.com

5  Elliott A. Myles, Esq. (SBN 127712)
   MYLES LAW FIRM, INC.
6  P.O. Box 11094
   Oakland, CA 94611
7  Tel: (510) 986-0877
   Fax: (510) 986-0843
8  email: elliott@myleslawfirm.com

9  Attorneys for Plaintiffs
   WILLIAM SLONE and MICHAEL MERRITHEW

THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM SLONE and MICHAEL MERRITHEW<br><br>PLAINTIFFS,<br>vs.<br>TAXI COMMISSION, CITY AND COUNTY OF SAN FRANCISCO, Executive Director Heidi Machen; CITY AND COUNTY OF SAN FRANCISCO, a California public entity<br><br>DEFENDANTS. | Case No.: 07-3335 JSW<br><br>**PLAINTIFFS NOTICE OF CROSS MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT**<br><br>Date: April 4, 2008<br>Time: 9:00am<br>Court Room: Ctrm. 2, 17th Floor |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on April 4, 2008 at 9:00am in Courtroom 2 of the United States District Court of the Northern District of California, 450 Golden Gate Avenue, San

Francisco, California, Plaintiffs William Slone and Michael Merrithew ("Plaintiffs") hereby do move the Court for an order pursuant to Federal Rule of Civil Procedure 56 granting summary judgment and/or partial summary judgment in favor of Plaintiffs on Plaintiffs' causes of action for declaratory and injunctive relief: that a driving requirement is not an essential eligibility requirement or part of the fundamental nature of San Francisco Proposition K, San Francisco Adminitrative Code, Appendix 6, as applied to permit holders under the Proposition; that Defendants' later enacted ordinance and resolutions creating a driving requirement for permit holders did not amend Proposition K to make such a requirement an essential eligiblity requirement or fundamental nature of the Proposition; and that Title II of the Americans With Disabilities Act, 42 U.S.C. § 12132 ("ADA"), requires Defendants to provide accommodations in the form of reductions and/or waivers of the driving requirement, as may be appropriate, for Proposition K permit holders with disabilities.

This Notice is filed pursuant to the stipulated application between the parties setting forth April 4, 2008 as the hearing date.

This motion is made on the ground that Title II of the ADA, 42 U.S.C. § 12132, requires Defendants' to provide accommodation in the form of reduction and/or waiver of any driving requirement for permit holders with disabilities, and that Defendants' driving requirement is not an essential part of the Proposition K voter approved initiative permit program.

This motion is based on Notice of Motion for Summary Judgment; the Memorandum of Points and Authorities; the Declaration of Joseph M. Breall in Support of Plaintiffs' Motion for Summary Judgment; Plaintiffs' Request for Judicial Notice in Support of Motion for Summary Judgment; all exhibits attached to any of the foregoing; Plaintiffs' reply papers to be filed in

1  support of this motion; and the complete files and records of this action and such other and
2  further matters as may be presented to the Court at the time of the hearing.

3
   DATED: February 29, 2008          BREALL & BREALL, LLP
4                                    THE MYLES LAW FIRM, INC.

5

6
                            By: _____
7                                 JOSEPH M. BREALL, ESQ.
                                  ELLIOT MYLES, ESQ.
8                                 Attorney for Plaintiffs