Joseph M. Breall, Esq. (SBN 124329)
BREALL & BREALL, LLP
1255 Post Street, Suite 800
San Francisco, California 94109
Telephone: (415) 345-0545
Facsimile: (415) 345-0538
e-mail: jmbreall@breallaw.com

Elliott A. Myles, Esq. (SBN 127712)
MYLES LAW FIRM, INC.
P.O. Box 11094
Oakland, CA 94611
Tel: (510) 986-0877
Fax: (510) 986-0843
email: elliott@myleslawfirm.com

Attorneys for Plaintiffs
WILLIAM SLONE and MICHAEL MERRITHEW

THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM SLONE and MICHAEL MERRITHEW,<br><br>                    Plaintiffs,<br><br>vs.<br><br>TAXI COMMISSION, CITY AND COUNTY OF SAN FRANCISCO, etc., et al.,<br><br>                    Defendants. | CASE NO. C07-3335 JSW<br><br>PLAINTIFFS' OBJECTION TO DECLARATION OF HEIDI MACHEN.<br><br>HEARING DATE: April 4, 2008<br>TIME: 9:00 a.m.<br>PLACE: Courtroom 2, 17th Floor |

1    COMES NOW Plaintiffs, William Slone and Michael Merrithew, by and through their
2 undersigned counsel of record, and object to the declaration of Heidi Machen in support of
3 Defendants' Motion for Summary Judgment on file herein as follows:
4    Section 3, lines 8-11. Plaintiffs object to this statement on the grounds that it lacks foundation
5 and constitutes speculation and an impermissible legal conclusion.
6    Section 3, lines lines 14-18. Plaintiffs object to these statements on the grounds that they lacks
7 foundation, assume facts not in evidence, and are hearsay.  and constitutes speculation and an
8 impermissible legal conclusion practice not incorporated in any resolutiono f city. Gillespie not
9 understand how it works.
10    Respectfully submitted,
11 DATED: February 29, 2008          BREALL & BREALL, LLP
                                     THE MYLES LAW FIRM, INC.

14                            By:  _____
                                     JOSEPH M. BREALL, ESQ.
15                                   ELLIOTT A. MYLES, ESQ.
                                     Attorneys for Plaintiffs