Joseph M. Breall, Esq. (SBN 124329)
BREALL & BREALL, LLP
1255 Post Street, Suite 800
San Francisco, California 94109
Telephone: (415) 345-0545
Facsimile: (415) 345-0538
e-mail: jmbreall@breallaw.com

Elliott A. Myles, Esq. (SBN 127712)
MYLES LAW FIRM, INC.
P.O. Box 11094
Oakland, CA 94611
Tel: (510) 986-0877
Fax: (510) 986-0843
email: elliott@myleslawfirm.com

Attorneys for Plaintiffs
WILLIAM SLONE and MICHAEL MERRITHEW

THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM SLONE and MICHAEL MERRITHEW,<br><br>            Plaintiffs,<br><br>vs.<br><br>TAXI COMMISSION, CITY AND COUNTY OF SAN FRANCISCO, etc., et al.,<br><br>            Defendants. | CASE NO. C07-3335 JSW<br><br>PLAINTIFFS' OBJECTION TO DECLARATION OF PAUL GILLESPIE.<br><br>HEARING DATE: April 4, 2008<br>TIME: 9:00 a.m.<br>PLACE: Courtroom 2, 17th Floor |

1  COMES NOW Plaintiffs, William Slone and Michael Merrithew, by and through their
2 undersigned counsel of record, and object to the declaration of Paul Gillespie in support of
3 Defendants' Motion for Summary Judgment on file herein as follows:

4  Section 4, lines 11-14. Plaintiffs object to this statement on the grounds that it lacks
5 foundation, in that declarant has only been a taxi driver since 1986 (Declaration, §3), and Proposition
6 K was adopted in 1978; that it assumes facts not in evidence, namely the definition of absentee
7 medallion holder; that it is multiple hearsay; and that is irrelevant.

8  Section 4, lines 14-16. Plaintiffs object to these statements on the grounds that they misstate
9 the clear and unambiguous language of Proposition K and the Police Code; and that the initiative and
10 Police Code speak for themselves.

11  Section 4, lines 16-21. Plaintiffs object to these statements on the grounds that they lack
12 foundation, are hearsay and are speculative.

13  Section 5, lines 23-25. Plaintiffs object to this statement on the grounds it is hearsay and lacks
14 foundation.

15  Section 6, lines 5-10. Plaintiffs object to these statements on the grounds that they misstate the
16 language of Proposition K and the Police Code, which speak for themselves; that they lacks
17 foundation as to administrative interpretation either by the Taxi Commission or the Police Detail; that
18 they are hearsay; and that they are speculative.

19  Section 7, lines 16-20. Plaintiffs object to these statements on the grounds that they lack
20 foundation as to intent and assume facts not in evidence; that they misstate the language of the
21 document which speaks for itself; and that they are hearsay.

22
23
24

1	Section 8, lines 21-23. Plaintiffs object to this statement on the grounds it lacks foundation and
2	assumes facts not in evidence, and is self-contradictory in that prior to October 2002, the City had no
3	such formal position, see Section 7, line 12.

4	Section 9, lines 25-28, lines 1-2. Plaintiffs object to this paragraph on the grounds that since
5	Proposition N was not passed by the voters and never acted on by the Commission, it is irrelevant for
6	all purposes in this action; and that it contains multiple hearsay:

> "Q. … you said that the "commission felt," and I asked you, "How did you find out that the commission felt that way?"
> "A. Through both personal conversations with other commissioners. And I think subsequent to the vote [on Proposition N], there was some discussion of it at the Taxi Commission and with the executive director and myself.
> "Q. Did the commission reveal its feeling in any document?
> "A. As far as in reaction to Proposition N?
> "Q. Correct.
> "A. No.
> "Q. Did the commission vote on that feeling at any hearing of the commission?
> "A. The commission never addressed Proposition N in a vote." *Deposition of Paul Gillespie*, p. 154, line 10-25.

Section 10, lines 6-14. Plaintiffs object to these statements on the grounds that it misstates Proposition K and the Police Code, which speak for themselves; that it lacks a foundation; that it is hearsay; and that it constitutes an impermissible legal conclusion.

Section 12. Plaintiffs object to this entire section on the grounds that it misstates testimony; that it assumes facts not in evidence; that its pure speculation; that it is hearsay.

    Respectfully submitted,

DATED: February 29, 2008         BREALL & BREALL, LLP
                                      THE MYLES LAW FIRM, INC.

By: _____
     JOSEPH M. BREALL, ESQ.
     ELLIOTT A. MYLES, ESQ.
     Attorneys for Plaintiffs