1   Joseph M. Breall, Esq. (SBN 124329)
    BREALL & BREALL, LLP
2   1255 Post Street, Suite 800
    San Francisco, California 94109
3   Telephone: (415) 345-0545
    Facsimile: (415) 345-0538
4   e-mail: jmbreall@breallaw.com

5   Elliott A. Myles, Esq. (SBN 127712)
    MYLES LAW FIRM, INC.
6   P.O. Box 11094
    Oakland, CA 94611
7   Tel: (510) 986-0877
    Fax: (510) 986-0843
8   email: elliott@myleslawfirm.com

9   Attorneys for Plaintiffs
    WILLIAM SLONE and MICHAEL MERRITHEW
10

11          THE UNITED STATES DISTRICT COURT FOR THE

12              NORTHERN DISTRICT OF CALIFORNIA

                   SAN FRANCISCO DIVISION
13

14   WILLIAM SLONE and MICHAEL        ) Case No.:  07-3335 JSW
     MERRITHEW                        )
15                                    ) [PROPOSED] ORDER GRANTING
              PLAINTIFFS,             ) PLAINTIFFS' MOTION FOR SUMMARY
16         vs.                        ) JUDGMENT
     TAXI COMMISSION, CITY AND        )
17   COUNTY OF SAN FRANCISCO,         ) Date:   April 4, 2008
     Executive Director Heidi Machen; CITY ) Time:  9:00am
18   AND COUNTY OF SAN FRANCISCO, a   ) Court Room:   Ctrm. 2, 17th Floor
     California public entity         )
19                                    )
              DEFENDANTS.             )
20                                    )
                                      )
21

22          The motion for summary judgment and/or partial summary judgment filed by Plaintiffs

23   William Slone and Michael Merrithew ("Plaintiffs") came on for hearing at 9:00am on Firday,

24   April 4, 2008 in Courtroom 2 of the United States District Court, 450 Golden Gate Avenue, San

[proposed] order

1    Francisco. Joseph Breall and Elliott Myles appeared on behalf of plaintiffs William Slone and

2    Michael Merrithew. Francesca Gessner and Vince Chhabria appeared on behalf of the Defendant

3    City and County of San Francisco ("City"). After considering the papers and the applicable

4    authorities, and having had the benefit or oral argument, the Court finds as follows:

5            (1)      Proposition K, passed by the voters of the City and County of San Francisco on

6    June 6, 1978, does not impose a driving requirement on individuals who receive permits under

7    the Proposition. The language of the Proposition is clear and unambiguous and imposes on

8    permit holders only the requirement to operate continuously their permits.

9            (2)      A driving requirement for permit holders is not an essential eligibility requirement

10    or part of the fundamental nature of the Proposition K permit program as applied to permit

11    holders. Defendants' later adoption of a driving requirement – whether the "continuous driving

12    requirement" of the Taxi Commission or the two-year "full-time driving requirement" of MPC §

13    1081(f) – did not amend Proposition K to make a driving requirement an essential eligibility

14    requirement for Proposition K permit holders.

15            (3)      Title II of the Americans With Disabilities Act, 42 U.S.C. § 12132 ("ADA"),

16    requires Defendants to provide accommodations in the form of reductions and/or waivers of

17    Defendants' driving requirement, as may be appropriate, for Proposition K permit holders with

18    disabilities. Such an accommodation permits the ADA to work harmoniously with Proposition

19    K. However, a permit holder who is disabled and operating his or her permit under modification

20    or waiver of Defendants' driving requirement must still comply with other applicable law,

21    ordinances and resolutions.

22

23

24

1        (4)    The Court makes no findings or conclusions regarding the enforcement of

2    Defendants driving requirements to permit holders who do not have *bona fide* disabilities and are

3    not within the protection of the ADA.

4        Accordingly, the Plaintiffs' motion for summary judgment is GRANTED.

5

6    DATED: _____          _____

7                                                  JEFFREY S. WHITE

                                                  UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24