DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
FRANCESCA GESSNER, State Bar #247553
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102
Telephone:     (415) 554-4762
Facsimile:     (415) 554-4699
E-Mail:        francesca.gessner@sfgov.org

Attorneys for Defendants
TAXI COMMISSION and
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SLONE and MICHAEL MERRITHEW,<br><br>           Plaintiffs,<br><br>    vs.<br><br>TAXI COMMISSION, CITY AND COUNTY OF SAN FRANCISCO, Executive Director Heidi Machen; CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>           Defendants. | Case No. C07-3335 JSW<br><br>**DEFENDANTS' SECOND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CROSS MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:   April 4, 2008<br>Time:           9:00 a.m.<br>Place:          Ctrm. 2, 17th Floor |

Pursuant to Federal Rules of Evidence 201, Defendants City and County of San Francisco and Taxi Commission ("City") respectfully request that the Court take judicial notice of the contents of the following documents:

Exhibit A     San Francisco Board of Supervisors Ordinance No. 562-88, excerpts enacting Sections 1076(o), 1081(b) and 1090(a) in Article 16 of the San Francisco Municipal Police Code (adopted December 1988)

Exhibit B     San Francisco Taxi Commission Resolution No. 9-99 (adopted April 13, 1999)

Exhibit C     San Francisco Taxicab/Ramped Taxi Rules and Regulations (2000)

| | | |
|---|---|---|
| Exhibit D | Charter of the City and County of San Francisco, Section 16.115 |
| Exhibit E | San Francisco Administrative Code Section 1.2 |
| Exhibit F | Charter of the City and County of San Francisco, Section 4.102 |

Dated: March 7, 2008

                            DENNIS J. HERRERA
                            City Attorney
                            WAYNE SNODGRASS
                            VINCE CHHABRIA
                            FRANCESCA GESSNER
                            Deputy City Attorneys

                    By: _____/s/_____
                        FRANCESCA GESSNER

                        Attorneys for Defendants TAXI COMMISSION and
                        CITY AND COUNTY OF SAN FRANCISCO