CITY AND COUNTY OF
SAN FRANCISCO



TAXICAB COMMISSION

MAYOR WILLIE L. BROWN JR.

MARIANN COSTELLO, PRESIDENT
RACHIALLE FRANKLIN, VICE PRESIDENT
VINCENT AGBAYANI, COMMISSIONER
JANE BOLIG, COMMISSIONER
CHRIS DITTENHAFER, COMMISSIONER
PAUL GILLESPIE, COMMISSIONER
MARY McGUIRE, COMMISSIONER

June 1, 1999

At the meeting of the Taxicab Commission on Tuesday, April 13, 1999, the following resolution was adopted:

## RESOLUTION NO. 9-99

## ADOPTION OF RULES AND REGULATIONS FOR TAXICABS

RESOLVED, that the Taxicab Commission hereby adopts the San Francisco Taxicab/Ramped Taxi Rules and Regulations.

AYES: Commissioners Costello, Franklin, Agbayani, Bolig, Dittenhafer, Gillespie, McGuire

Very truly yours,

Lieutenant Manuel Barretta
Acting Secretary
THE TAXICAB COMMISSION

1137/rc