

# SAN FRANCISCO TAXICAB / RAMPED TAXI RULES AND REGULATIONS



# SAN FRANCISCO TAXICAB COMMISSION

## TAXICAB/RAMPED TAXI REGULATIONS

## THIS DOCUMENT MUST BE AVAILABLE IN ANY OPERATING TAXICAB/RAMPED TAXI

1. **AUTHORITY- 1077(a) M.P.C.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

2. **RESPONSE TIME GOALS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

3. **DEFINITIONS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

4. **MEDALLION HOLDER** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
   - A.   General Rules and Requirements . . . . . . . . . . . . . . . . . . . . . . . 4
   - B.   Insurance and Registration . . . . . . . . . . . . . . . . . . . . . . . 6
   - C.   Leases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

5. **COLOR SCHEME HOLDER** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
   - A.   General Rules and Requirements . . . . . . . . . . . . . . . . . . . . 7
   - B.   Vehicle Operation Standards . . . . . . . . . . . . . . . . . . . . . . 8
   - C.   Taxicab Vehicle Equipment Requirements . . . . . . . . . . . . 10
   - D.   Spare Vehicles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
   - E.   Driver Safety Equipment Requirements . . . . . . . . . . . . . . 16
   - F.   Vehicle Sanitary Requirements . . . . . . . . . . . . . . . . . . . . 16
   - G.   Inspections . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
   - H.   Maintaining a Business Premise . . . . . . . . . . . . . . . . . . . 18
   - I.   Found Property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
   - J.   Use of Controlled Substance / Alcohol . . . . . . . . . . . . . . 21
   - K.   Leases/Payment of Fees . . . . . . . . . . . . . . . . . . . . . . . . . 22

6. **DRIVERS' REQUIREMENTS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
   - A.   General Rules and Requirements . . . . . . . . . . . . . . . . . . . 22
   - B.   Required Forms and Notices . . . . . . . . . . . . . . . . . . . . . . . 23
   - C.   Duties and Responsibilities . . . . . . . . . . . . . . . . . . . . . . . 24

1

       D.    Rules of Conduct . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
       E.    Passenger Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
       F.    Found Property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
       G.    Use of Controlled Substance / Alcohol . . . . . . . . . . . . . . . . . . 28

**7.**   **TRAINING** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
       A.    Drivers' Training . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

**8.**   **DISPATCH** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
       A.    General Rules and Requirements . . . . . . . . . . . . . . . . . . . . . . 30
       B.    Customer Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

**9.**   **RAMPED TAXIS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

**10.**  **PENALTIES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

**11.**  **SEVERABILITY** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

# 1. AUTHORITY- 1077(a) M.P.C.

These Taxicab Regulations are promulgated under Appendix F of the Charter of the City and County of San Francisco and Article 16 of the San Francisco Municipal Police Code. The Taxicab Commission or designee may suspend or exempt any or all enforcement of these rules and regulations when implementing special studies and or projects to service needs relating to the Public Convenience and Necessity.

# 2. RESPONSE TIME GOALS

1. 70% of the time, taxicabs will arrive within 10 minutes of the service call.
2. 80% of the time, taxicabs will arrive within 15 minutes of the service call.
3. 99% of the time, taxicabs will arrive within 30 minutes of the service call.

# 3. DEFINITIONS

A. "Medallion Holder" as used in these Taxicab Regulations means any permittee licensed by the City & County of San Francisco to own and operate a taxicab.

B. "Taxicab Driver" as used in these Taxicab Regulations means any permittee licensed by the City and County of San Francisco to drive a taxicab on behalf of any "Medallion Holder".

C. "Color Scheme Holder" as used in these Taxicab Regulations means any permittee licensed by the City and County of San Francisco to operate a taxicab company color scheme. The phrase "Color Scheme Holder" and "Taxicab Company, Taxi Company" may be used interchangeably.

D. "Radio Dispatch Permittee" as used in these Taxicab Regulations means any permittee licensed by the City and County of San Francisco to provide telephone answering and radio dispatch service to any taxicab.

E. "Model Year" as used in these Taxicab Regulations means the year model designated at the time of manufacture of first assembly as a completed vehicle (e.g. If a vehicle is produced in 1997, but is designated for sale as a 1998 model, then the vehicle is considered a 1998 "Model Year".)

F. "O. E. M." as used in these Taxicab Regulations means any equipment installed on the vehicle when it was initially produced.

G. "Employment/Employee" as used in these Taxicab Regulations includes self-employment as an Independent Contractor.

3

H.     " Full Time Driver" for the purpose of these Regulations, is defined as a driver that must drive for at least four (4) hours during any twenty-four (24) hour period on at least seventy-five percent (75%) of business days during the calendar year.

I.     "Found Property" for the purpose of these regulations is defined as anything found in or about a taxicab, which is either currency or is an item whose characteristics, markings, etc. can be specifically identified by its owner.

J.     "Ramped Taxi" for the purpose of these regulations is defined as a motor vehicle for hire of a distinctive color or colors operated at rates per mile or upon a waiting-time basis, or both, which is a minivan or similar vehicle specially adapted via ramp access for wheelchair users.

K.     "Formal Employee Operations" as used in these Taxicab Regulations means Taxicab Drivers who are paid employees working under the direction and control of the Medallion Holder or the Color Scheme Holder.  (Amended 11/9/99)

## 4.     MEDALLION HOLDER

A.     **General Rules and Requirements**

1.     Every Licensed Medallion Holder shall comply with the provisions of the Charter, Police Code, Planning Code and Traffic Code of the City and County of San Francisco, The California Vehicle Code, California Worker's Compensation Laws and these Taxicab Regulations.  The provisions of all ordinances and regulations applicable at the San Francisco International Airport, San Francisco City and County Department of Agriculture and Weights and Measures, and all other governmental jurisdictions through which the permit holders traverse.

2.     Every Medallion Holder shall at all times, cooperate with the Taxicab Commission or the Commission's designee on all matters relating to regulatory compliance.

3.     Every Medallion Holder shall ensure that their taxicab, color scheme holder, dispatch service and business operations adhere to all requirements set forth in both these regulations and the San Francisco Municipal Police Code.  Failure to comply may result in administrative action.

4.     Every Medallion Holder, shall adopt or affiliate with a distinguishing taxicab color scheme that has been approved by the Taxicab Commission and ensure that the operation of their permit is in full compliance with the Commission's Rules and Regulations, and all local, state and federal regulations.  A signed contract

4

with a color scheme holder does not relieve the medallion holder of their responsibility to comply with these regulations.

5.    A taxicab vehicle number, assigned to the Medallion Holder by the Taxicab Commission, shall be painted in numerals of a color which contrasts with the color of the rest of the taxicab vehicle. Such number shall be at least four inches (4") high and positioned directly under the windows on or within six inches (6") of the forward-most portion of both front doors and on the center, lower left or lower right corner of the rear-facing portion of the trunk lid of their taxicab vehicle. Adhesive type numerals may be used in place of painted numerals.

6.    Whenever a Medallion Holder replaces their taxicab vehicle with a new taxicab vehicle, the new vehicle must be inspected and approved by the Taxicab Commission or their designee prior to use. If the taxicab vehicle is replaced by another previously inspected taxicab, the medallion holder shall ensure that the Taxicab Commission or their designee has received written notifications containing all changes in vehicle, decal and taximeter information. (Amended 11/9/99)

7.    The Certificate of Title and the Registration on all vehicles placed into service after the effective date of these regulations must only be under the name of the Medallion Holder and/or Color Scheme Holder. Vehicles currently in service that are registered otherwise, may continue in operation until said vehicle reaches ten (10) model years of age or for three (3) years from the effective date of these regulations, whichever event comes first. (Amended 11/9/99)

8.    All vehicles placed into service after the effective date of these regulations shall not be operated for more than three (3) years. Taxicab Commission approved alternative fuel vehicle may remain in service for one additional year. No vehicle which is older than three (3) model years, or has more than sixty thousand (60,000) original miles on the odometer, may be placed in service. (Amended 4/11/00)

9.    Medallion Holders shall ensure that the taxicab operating under the medallion issued to them begins and ends all shifts at their color scheme's place of business, except with the approval of the Taxicab Commission or their designee for "formal employee operations". When the taxicab is not employed, Medallion Holders shall either leave the vehicle at their color scheme's place of business or at an alternative location approved by the taxi detail that is off the public street and sidewalk. Each request for the use of an alternative site must be made in writing. Medallion Holders shall ensure that all waybills, reports and found property are turned in at the taxi company premises at the conclusion of each shift. Waybills shall be retained for a period of three (3) years at their principal place of business. (Amended 11/9/99)

10. Unless their taxicab is out of service, all Medallion Holders must drive their own medallion number taxicab when complying with the full time driving requirement provisions of Appendix F, Sec. 2. (B) of the San Francisco Charter.

11. Except for emergencies, every "Post K" Medallion Holder must submit a written notification to the Taxi Detail if they will not be driving for a period of thirty (30) consecutive days or more. Notifications must be received within two (2) business days prior to the start of the period and shall include both the reason for the absence and the date of return to active driving. In the case of emergencies, notice may be received two (2) days after. (Amended 11/9/99)

12. No Medallion Holder shall hinder, delay, knowingly make false or misleading statements to the Taxicab Commission or their designee on matters relating to regulatory compliance. (Amended 2/8/00)

**B.    Insurance and Registration**

1. All required insurance policies or certificates shall include the name of both the Medallion Holder and Color Scheme Holder.

2. In addition to the insurance requirements set forth in the Police Code the following endorsements are required to be filed with the required insurance policy or required certificate of insurance by the Medallion Holder:
    Insurance Endorsement City and County of San Francisco

    a.    Additional Insured:
    1. The City and County of San Francisco, the Taxicab Commission and the Airports Commission of the City and County of San Francisco and all of their officers, and employees are additional named insured hereunder.

    b.    Severability of Interests (Cross Liability):
    1. The term "the insured" is used severally and not collectively and the insurance afforded under the liability coverages of Bodily Injury and Property Damage applies separately to each insured against whom claim is made or suit is brought, but the inclusion herein of more than one insured shall not operate to increase the limits of the company's liability.

    c.    Cancellation or Limits Reduction Change Notice:
    1. Written notice of cancellation, non-renewal or of any limits reduction change in said policy shall be mailed to the Permit Section, 850 Bryant Street, Room 458, San Francisco, California 94103, ten (10) days in advance of the effective date thereof.

    d.    Premises/Auto Operations of Insured:
    1. Above includes activities and operations upon, in and around the San Francisco International Airport and the City and County of

6

San Francisco.

e.    No Other Insurance Stipulation:

1.    No other insurance effected by the City and County of San Francisco will be called upon by the company to contribute to a loss covered hereunder.

3.    The primary vehicle used for the operation of the Medallion Holder's permit will be registered only in the name of the Medallion Holder or Color Scheme.

## C.    Leases

1.    Every Medallion Holder and Color Scheme Holder shall limit the layers of medallion or permit leases to three (3) layers (i.e. Medallion Holder to Color Scheme Holder to driver). No Taxicab Driver may lease a permit or medallion, either on a per shift basis or for any term of time from anyone other than the Medallion Permit Holder or the Color Scheme Company under which the permit or medallion is operating.

2.    Written copies of all leases are to be kept at the Color Scheme Holder's principal place of business for inspection by the Taxicab Commission or their designee.

# COLOR SCHEME HOLDER

## A.    General Rules and Requirements

1.    Every Licensed Permit Holder shall comply with the provisions of the Charter, Police Code, Planning Code and Traffic Code of the City and County of San Francisco, The California Vehicle Code, California Worker's Compensation Laws and these Taxicab Regulations. The provisions of all ordinances and regulations applicable at the San Francisco International Airport, San Francisco City and County Department of Agriculture and Weights and Measures, and all other governmental jurisdictions through which the permit holder traverses.

2.    Every Color Scheme Holder and/or their representative shall at all times, cooperate with the Taxicab Commission or their designee on all matters relating to regulatory compliance.

3.    Every person (known as the color scheme holder) to whom a distinguishing color scheme has been assigned pursuant to Municipal Police Code Section 1125, shall within sixty (60) days of the adoption of these regulations, transmit a copy of these regulations to each taxicab driver operator and medallion holder using said color scheme and obtain a written acknowledgment including signature and printed name of each such permittee that they have read and understand the

regulations, and from time to time distribute other printed matter to each taxicab driver operator in the manner outlined above in this paragraph, when requested by the Taxicab Commission or their designee. Color Scheme Holders shall ensure that every taxicab operating under their color scheme contains a copy of these regulations. Each Color Scheme Holder shall notify the Taxicab Detail, in writing, upon completing the requirements of this section.

4.     All Color Scheme Holders and their employees shall ensure that the operation of their color scheme is in compliance with all the rules and regulations required of the Color Scheme Holder. If a Color Scheme Holder fails to comply with the rules and regulations, Taxicab Commission or their designee, may remove vehicles, operating under that color scheme, from service until such time as that color scheme comes into compliance.

5.     The Color Scheme Holder, shall with the adoption of these Taxicab Commission Rules and Regulations submit within thirty (30) days, two (2) sets of eight inch by ten inch (8"X 10") color photographs of the front, sides and rear of each make and model of taxicab vehicle operated by the taxicab operator to be submitted to the Taxicab Detail of the San Francisco Police Department. Whenever a different make and model taxicab vehicle is put into service, or whenever the Taxicab Commission approves a different color scheme, additional two (2) sets of eight inch by ten inch (8"X 10") color photographs shall be submitted to the Taxicab Detail. Each Color Scheme Holder will have sixty (60) days to comply with this section.

6.     All Color Scheme Holders operating Ramped Taxis shall provide an average response of twenty (20) minutes *(Effective after a total of 75 Ramped Taxi medallions have been issued).*

7.     Color Scheme Holders and their employees shall not accept and or demand gifts/gratuities or anything of value from either drivers or from person(s) acting on their behalf for a preferred vehicle, shift assignment, dispatch call, fare or any other enhancement of employment.

5.     Every Color Scheme Holder and their employees must provide prospective drivers with a list of the names, locations and phone numbers of all approved Taxi Schools.  (Amended 11/23/99)

6.     No Color Scheme Holder shall hinder, delay, knowingly make false or misleading statements to the Taxicab Commission or their designee on any matters relating to regulatory compliance.  (Amended 2/8/00)

**B.     Vehicle Operation Standards**

1.     Whenever a Color Scheme Holder replaces an existing Medallion Holder's or

8

Color Scheme's taxicab vehicle with a new taxicab vehicle, the new vehicle must be inspected and approved by the Taxicab Commission or their designee prior to use. If the taxicab vehicle is replaced by another previously inspected taxicab, the color scheme holder shall ensure that the Taxicab Commission or their designee has received written notification containing all changes in vehicle, decal and taximeter information. No vehicle which is older than three (3) model years or has more than 60,000 original miles on the odometer, may be placed in service.

2.  The Certificate of Title and the Registration on all vehicles placed into service after the effective date of these regulations must only be under the name of the Medallion Holder and/or Color Scheme Holder. Vehicles currently in service that are registered otherwise, may continue in operation until said vehicle reaches ten (10) model years of age or for three (3) years from the effective date of these regulations, whichever event comes first. (Amended 11/23/99)

3.  All vehicles placed into service after the effective date of these regulations shall not be operated for more than three (3) years. Taxicab Commission approved alternative fuel vehicles may remain in service for one additional year.

4.  All vehicles and operations which are subject to The Americans with Disabilities Act, (ADA), shall comply with the applicable provisions of said Act.

5.  Any taxicab vehicle shall not be available for sale to the public until all remnants of the color scheme, top light and any other item associated with a taxicab are removed. Once a taxicab is no longer employed by the color scheme, all taxicab markings, colors of the color scheme and equipment shall be removed prior to personal use by the vehicle's owner.

6.  Color Scheme Holders shall ensure that every taxicab driver starts and ends each shift at the color scheme's principal place of business, except with approval of the Taxicab Commission or their designee for "formal employee operations". (Amended 11/23/99)

7.  When the taxicab is not employed, Color Scheme Holders shall ensure that the vehicle either remains at their place of business or at an alternative location that is off the public street and sidewalk and that they can gain immediate access to the vehicle. Prior approval by the Taxi Detail must be obtained for each written request for the use of an alternative site.

8.  Prior to a Color Scheme Holder placing a vehicle in service for the first time, when changing a vehicle for another, or assigning a vehicle a different number, the Color Scheme Holder shall submit the information in a format approved by the Taxicab Commission or their designee. Verbal changes or additions will not be accepted. If the information is incomplete, incorrect, or not submitted, the

9

vehicle in question will not be allowed into service. The information submitted shall contain, but is not limited to, the following:

a.    The make, model, VIN number, mileage.
b.    The medallion or spare number assigned and the number it's replacing, if applicable.
c.    The taximeter make, model and serial number. The paper seal and all wire seal numbers. Any other numbers or identification markings as determined by the San Francisco City and County Department of Agriculture and Weights and Measures.
d.    The San Francisco International Airport decal number, if applicable.
e.    The required signature(s) of the Color Scheme Holder(s) or authorized representative(s) in the format designated by the Taxicab Commission or their designee.

9.    No Color Scheme vehicle may be left unattended on a public street for more than four (4) hours.

## C.    Taxicab Vehicle Equipment Requirements

1.    The Color Scheme Holder shall ensure that all taxicabs, operating under their color scheme, have complied with all vehicle equipment requirements.

2.    Taximeter:

a.    The taximeter installed in the taxicab vehicle must have a current and valid seal from the San Francisco City and County Department of Agriculture and Weights and Measures.
b.    Pending a Weights and Measure inspection, a taximeter may temporary be placed in service when properly sealed, installed, replaced or repaired by a California License Repair technician.
    1.    If the technician fails to comply with state regulations concerning the taximeter, then the vehicle shall be placed out of service until corrected.
    2.    The technician must be listed with the San Francisco City and County Department of Agriculture and Weights and Measures.
    3.    The color scheme holder shall immediately make an appointment with the San Francisco City and County Department of Agriculture and Weights and Measures for inspection.
c.    Any taximeter removed from a taxicab vehicle with or without its seals intact and placed in the same or another taxicab vehicle must be certified and resealed by the San Francisco City and County Department of Agriculture and Weights and Measures.
d.    The taximeter shall be mounted no lower than either the lowest portion of the front window frame or the top of the dashboard.

10

1.  The taximeter shall be mounted in an area that is clearly visible at all times by both front and rear seat passengers.

2.  The taximeter shall not be mounted in such a manner as to obstruct O.E.M. safety equipment.

e.  Any taxicab found to have taximeter seals (paper, wire, etc.) that are broken, removed, destroyed, marred or otherwise tampered with will be immediately taken out of service until correctly repaired. Any Driver or Color Scheme Holder, operating such taximeter and/or taxicab may be subject to disciplinary action.

f.  All taximeter makes and models must meet the approval of the Taxicab Commission or their designee prior to the installation in any taxicab.

g.  Taximeters must meet Para-transit Requirements.

h.  The Color Scheme Holder shall comply with all other rules and regulations relating to taximeters.

3.  Seats, upholstery and rugs shall match the vehicle's interior colors and must be kept in good repair. They must not be torn, separated or ripped. Seat springs may not be broken nor may they protrude through the upholstery. Seats shall be firm and comfortable and the tension of the seat springs shall be evenly distributed. Seat covers may not be used to replace upholstery (unless the colors match the vehicle's interior colors and they are sufficiently padded).

4.  All taxicab vehicles must have seat belts in all seating positions where passengers may ride in a taxicab vehicle. These seat belts must be in working order, available and observable for use by passengers at all times.

5.  Rate cards must be displayed conspicuously in locations that is easily viewed by any passenger riding in the taxicab vehicle.

6.  No signs or other devices may be displayed or hung inside or outside of a taxicab vehicle except those signs or devices required by law, these regulations, or approved by the Taxicab Commission or their designee.

7.  All taxicab vehicle tires must comply with the requirements set forth in the California Vehicle Code and must be of matching design (i.e. all whitewalls or all black walls).

a.  Only O.E.M. size tires shall used on all vehicles, including spare taxicabs.

b.  Only the O.E.M. size tires used at the time of the taximeter inspection shall be used on the vehicle.

c.  If the taxicab is disabled because of a flat tire and the spare tire is not the O.E.M. size for normal operation, the taxicab shall remain out of service until corrected.

8.  Spare tire, jack, wrench and two (2) flares or two (2) free standing reflectors:

11

a.  All taxicab vehicles shall have at all times a functional spare tire, a working jack and wrench to replace a flat tire.

b.  All taxicab vehicles shall have at all times two (2) flares or two (2) freestanding reflectors to be used in emergency situations or to direct attention to approaching traffic or road hazards.

9.  Windows:

a.  Only matter required by law or approved by the Taxicab Commission may be placed on taxicab vehicle windows in compliance with Section 26708 of the California Vehicle Code.  Nothing shall be placed on any portion of the taxicab vehicle in such a manner as to block the driver's vision.

b.  All windows and the windshield shall be kept clean and clear, both the outside and inside.  No additional tinting or reflective material may be placed on any vehicle window except factory installed tinting.  Only safety glass with the lowest factory installed tint may be used.

10.  Lights:

a.  All lights must function as designed, including headlights (high/low beam), parking lights, turn signals, tail and brake lights, inside dome light, dashboard lights, license plate light, emergency warning lights and side lights; and, all lenses of same are to be reasonably intact.  No factory (O.E.M.) installed light may be obstructed or disconnected during operation.  All O.E.M. lights must be kept in original working condition.  The "third" brake light shall be unobstructed and in good working condition at all times.  Any additional modifications must have prior approval by the Taxicab Detail.

b.  All taxicab vehicles must be equipped with a top light containing a light or lights permanently attached to the roof of the taxicab vehicle which may either have the name of the color scheme printed on it, or the words "taxicab", "taxi", "cab" or "meter rates".  Such top light shall be illuminated at all times except when the taxicab vehicle is engaged in the transportation of a passenger and the taximeter is in the recording position.  The top light must be lit (on) when the taximeter is in the non-recording position and not lit (off) when the taximeter is in the recording position.  All "top lights" for the same Color Scheme Holder must be of the same color and lettering.

11.  The taxicab vehicle shall have a rear-view mirror and side-view mirrors on both sides of the vehicle.

12.  The taxicab vehicle shall have a speedometer and odometer in working order.

12

13.    The taxicab vehicle shall have a horn in working order.

14.    The taxicab vehicle shall have a heater in working order.

15.    The taxicab vehicle shall be structurally sound and operate with minimum vibration and noise.

16.    The exterior of the taxicab vehicle shall be well painted with the original matching color(s) of the Color Scheme Holder.

17.    The taxicab vehicle shall have a air conditioner in good working order.

18.    The taxicab vehicle hinges, locks and latches are to be in good mechanical order and all doors shall operate easily and close securely from either the outside or inside of the taxicab vehicle.

19.    The taxicab vehicle wheels must have matching hubcaps attached, either of original manufacturer design or of a design authorized by the Taxicab Commission or their designee, unless wheels are of custom design that do not use hubcaps.

20.    The taxicab bumpers and body moldings must be in good condition and properly attached as the manufacturer had intended.

21.    The taxicab vehicle shock absorbers and springs must be in good working order.

22.    The taxicab vehicle windshield wipers shall be operable and the blades in good condition.

23.    The taxicab vehicle suspension, steering, brakes, emergency brake and exhaust system must be in good condition.

24.    The taxicab vehicle body is to be free of noticeable dents, rust and holes.  A taxicab vehicle shall not be placed in service if:

    a.    there are visible dents which exceed three square feet (3') in any single area of the exterior surface of the taxicab vehicle, provided that the deepest point of depression is three-quarters of an inch (3/4") deep or greater, or

    b.    there are visible dents which exceed four square feet (4') of the total exterior surface of the taxicab vehicle, provided that the deepest point of depression is three-quarters of an inch (3/4") deep or greater, or

    c.    there are visible dents which exceed six lineal feet (6') of the total exterior surface of the taxicab vehicle, provided that the deepest point

13

of depression is three-quarters of an inch (3/4") deep or greater, or
d.   ·   there is any area of the exterior surface of the taxicab vehicle that
contains a hole larger than six square inches (6"), or there is a visible
dent which exceeds twelve inches (12") square (144 square inches),
provided that the deepest point of depression is more than two inches
(2").

25.   All taxicab vehicles shall have the words "San Francisco Taxicab" with letters
at least two inches (2") in height, in a color which contrasts with the color of
the rest of the taxicab vehicle painted or attached by the use of adhesive
letters on both sides of the taxicab vehicle's rear quarter panels and to the
trunk directly above the rear bumper.

26.   Color Scheme Holders shall ensure that a taxicab vehicle number, assigned
to the Medallion Holder by the Taxicab Commission, be painted in numerals
of a color which contrasts with the color of the rest of the taxicab vehicle.
Such number shall be at least four inches (4") high and positioned directly
under the windows on or within six inches (6") of the forward-most portion of
both front doors and on the center, lower left or lower right corner of the
rear-facing portion of the trunk lid of their taxicab vehicle.  Adhesive type
numerals may be used in place of painted numerals.

27.   All taxicab vehicles shall have the vehicle number painted on the roof, hood
or trunk of the vehicle.  The numbers shall be a minimum of eighteen inches
(18") in length and must fill the entire width of the roof, hood or trunk.  If the
numbers are displayed on the roof, they shall be mounted and centered
directly behind the top light.

28.   Every Color Scheme Holder shall ensure that:
Every taxicab vehicle have, permanently affixed to the interior of the taxicab
vehicle, in a place readily visible to passengers, a frame, enclosed in glass or
three-eighths inch (3/8") thick clear plastic, a " *Passenger Information Card* "
approved by the Taxicab Commission, on which the number painted or
attached on the side of the taxicab vehicle is clearly set and which states in
plain legible letters: "DRIVER MUST GIVE YOU A COMMENT CARD IF
REQUESTED" said card shall also have affixed to it the name, address and
telephone number of the Color Scheme licensed to operate that taxicab
vehicle.  All Color Scheme Holders are responsible for the installation of any
future modifications to the "Passenger Information Card".

29.   Every Color Scheme Holder shall ensure that a map of the city of San
Francisco be permanently affixed to the interior of every taxicab vehicle, in an
enclosed glass or three-eighths inch (3/8") thick clear plastic frame that is
readily visible to passengers.

14

30. Be equipped with a supply of comment cards approved by the Taxicab Commission. These cards shall be placed in a holder(s) which is visible and accessible to all passengers.

31. Be equipped with a holder for a photo identification card, placed on the dashboard, adjacent to the taximeter, in such a position that a passenger has a clear view of the driver's picture identification.

32. Be equipped with a holder for the medallion. The holder shall either be attached to the dashboard or to the left side of the right front support beam, on the interior. The holder shall be placed in such a position that it is clearly visible from the front exterior of the vehicle. The placement of the holder shall not interfere with visibly of the driver or any O.E.M. equipment.

33. All taxicab vehicles shall have a large sign in braille mounted on the right rear door indicating the cab number and the company name so the visually impaired can easily identify both the cab and the driver.

### D. Spare Vehicles

1. A taxicab vehicle operating as a spare may operate with a taxicab medallion borrowed from an out-of-service taxicab vehicle. That out-of-service taxicab vehicle shall not return to service without first re-affixing the taxicab medallion to the interior of the vehicle, the number of which matches the number painted or attached on the taxicab vehicle's sides and rear trunk lid.

2. All taxicab vehicles operating as a spare must be registered and insured under the color scheme.

   a. Spare vehicles shall only be used to replace temporarily disabled regular assigned vehicles.

   b. Regular assigned taxicab vehicles that become disabled, must either return to service within thirty (30) days or be permanently replaced by another vehicle. The vehicle being replaced shall be available for inspection by the Taxicab Detail during the time the spare vehicle is in service.

   c. Each Color Scheme will be issued a series of "spare numbers", at the ratio of one (1) spare number for every five (5) cabs operating at that Color Scheme. Every Color Scheme will be entitled to a minimum of one (1) spare taxicab number.

   d. Color Scheme holders shall maintain a sufficient number of spare ramped taxicabs.

3. All spare taxicabs shall be kept on the Color Scheme Holder's business property when not in actual use with a medallion.

15

E.          **Driver Safety Equipment Requirements**

1.      All Color Scheme Holders must comply with Section 1147.2 MPC by providing the following equipment:

a.      Automatic Door Locks for all vehicles so acquired after October 1, 1994.

b.      Safety Shields as required by Section 1147.2 with the following minimum specifications:
All installed shields must form a complete barrier between the driver and the rear passengers of the vehicle, excepting a space of no more than two inches (2") at the bottom and one inch (1") at the top and sides of the shield. The upper portion of the shields must be of clear poly carbonate, or equivalent material, with the quarter panel directly behind the driver a minimum of three-quarters of an inch (3/4") thick and a minimum three-eighths inch (3/8") for the remaining portion. (Note: entire shields comprised of laminated poly- carbonate with a minimum three-eighths inch (3/8") thickness may be used) The lower portion must be of a minimum ten (10) gauge steel or material of equal strength if an alternative material is used for critical areas and fourteen 14 gauge for non-critical areas. The shields must have a retractable portion controlled only by the driver and "fare exchange tray". (needs subsection)--*this section is exempted as per the Board of Supervisors until further notification.*

c.      Two-way radios with direct voice access in an emergency.

d.      All Radio Dispatch Permit Holders shall develop a "Standard Emergency Plan" for drivers and dispatchers to follow in emergencies. The plan shall be filed within ninety (90) days of the adoption of these Regulations. Future permit holders shall file such a plan upon application for their permit.

F.    **Vehicle Sanitary Requirements**

1.      No Color Scheme Holder shall drive, or permit to be driven, a taxicab vehicle which interior is not kept clean, orderly and kept free of offensive odors.

2.      Every Color Scheme Holder placing in service any taxicab vehicle in the City and County of San Francisco shall provide facilities to ensure the thorough washing of the taxicab vehicle. Whenever required in writing by the Department of Public Health of the City and County of San Francisco, every Color Scheme Holder shall be responsible for the full disinfecting of each taxicab vehicle so operated under their color scheme causing said taxicab to be sprayed with an efficient disinfectant.

**G.    Inspections**

1.    There shall be inspections of taxicab vehicles by the San Francisco Police Department for compliance with these Taxicab Regulations on at least an annual basis, according to a schedule set forth by the Taxicab Commission or their designee.

2.    At the time of the  scheduled inspection of the taxicab vehicle, the Color Scheme Holder or their designee must submit the following:

    a.    Valid or current State of California vehicle registration card.  The Certificate of Title and Registration on all vehicles placed into service after the effective date of these regulations must only be under the name of the Medallion Holder and/or Color Scheme Holder.  Vehicles currently in service that are registered otherwise, may continue in operation until said vehicle reaches ten (10) model years of age or for three (3) years from the effective date of these regulations, whichever event comes first.

    b.    All vehicles placed into service after the effective date of these regulations shall not be operated for more than three (3) years.  Taxicab Commission approved alternative fuel vehicles may remain in service for one (1) additional year.

    c.    State of California Certificate of Compliance - Brake Adjustment which is valid at the time of the annual inspection.

    d.    State of California Certificate of Compliance - Motor Vehicle Pollution Control which is valid at the time of the annual inspection.

    e.    State of California Certificate of Adjustment - Lamp Adjustment which is valid at the time of the annual inspection.

    f.    The above certificates must be dated within sixty (60) days of the date of the inspection by the San Francisco Police Department.

3.    If a new vehicle (less than 500 miles on the odometer) is purchased for use as a taxicab vehicle, the taxicab operator may furnish a written certificate of compliance issued by the automobile dealership in lieu of the required listed documents/certificates above, provided that the certificate is dated within sixty (60) days of the annual inspection.  The automobile dealership must be certified by the State of California as an official inspection station.

4.    Upon satisfactory completion of all inspection requirements the San Francisco Police Department shall affix a SFIA decal to the taxicab vehicle which authorizes said taxicab vehicle to be operated for the time period specified upon the said decal.  All taxicabs shall have a valid decal.  The decal shall be conspicuously displayed on the taxicab vehicle at all times when the taxicab vehicle is engaged in the solicitation or transportation of passengers.

5.   Officers of the San Francisco Police Department shall conduct periodic inspections of the taxicab vehicles for compliance by taxicab operators and drivers with these Taxicab Regulations.

6.   A Color Scheme Holder shall make a medallion holder's taxicab vehicle available for inspection when ordered by the Taxicab Commission or their designee.  If a Color Scheme Holder fails to make a taxicab vehicle available for inspection or if the Taxicab Commission or their designee determines that a taxicab vehicle is not in compliance with these Taxicab Regulations the Taxicab Commission or their designee may order the taxicab vehicle be removed from service until it is made available for inspection and brought into compliance.

7.   If the Taxicab Commission or their designee determines that inspection of the mechanical condition or safety equipment of a taxicab vehicle by a licensed mechanic or technician is necessary, the Color Scheme Holder shall make the necessary arrangements in order to determine if repairs are necessary, and must provide a statement of findings from the repairman.

8.   If, upon inspection, a taxicab vehicle is found to be unsafe, unsanitary or unsightly, the Taxicab Commission or their designee may order the taxicab vehicle to be taken out of service until such condition is corrected; such taxicab vehicle must be reinspected and approved by the Taxicab Commission or their designee before being returned to service.

## H.   Maintaining a Business Premise

1.   All Color Scheme Holders shall maintain a San Francisco address, that is properly zoned, as their principal place of business.  This principal place of business must be staffed on Monday through Friday from 9:00 A.M. to 5:00 P.M., excepting legal holidays.  Every principal place of business must have an operational "fax" machine and provide the number of that machine to the Taxicab Detail.

2.   The Color Scheme Holder shall post a current list of all taxicab vehicles at both their Primary Place of Business and where their vehicles are stored when not in service, (if different from their Primary Place of Business).  Said list shall include, but not limited to, the taxicab vehicle number, the motor vehicle license number, the vehicle identification number, the year and make of the vehicle, and the operating status of each taxicab vehicle for which a permit is held.  A copy of said list shall be available for inspection by any police officer engaged in the performance of their duty.

3.   A current roster shall be maintained at the principal place of business.  It shall contain the following information: Driver's name, home address, home

18

telephone number, "A" card number and California driver license number, of all permitted drivers who currently operate taxicab vehicles. A copy of said roster shall be available for inspection by any police officer engaged in the performance of their duty. The roster is to be made available twenty-four (24) hours a day and updated on a weekly basis.

4.  Every Color Scheme Holder shall post a daily roster to include, but not limited to, the shift assignment, driver's name, vehicle number and/or medallion number, if different and the hours worked for that shift. This roster shall be updated on a daily basis and shall be made available for inspection by the Taxicab Commission or their designee. All original rosters shall be retained at the color scheme's place of business for a period of two (2) calendar years and must be made available for inspection within twenty-four (24) hours.

5.  Every Color Scheme Holder shall:
    Subscribe to a telephone service and cause to be published in the Classified Section of the San Francisco Telephone Directory, the name of the company under which its taxicab services are provided, and the telephone number to which requests for service and inquiries about lost property may be addressed. The published telephone number shall not be used to operate other businesses or services. If a change occurs in the name of the company or telephone number under which taxicab service is provided the Color Scheme Holder shall, without unnecessary delay, make the necessary notification and request to change the listing in the Classified Section of the San Francisco Telephone Directory. During those times when the current listing in the Classified Section of the San Francisco Telephone Directory is incorrect or when a new listing cannot be made until the next printed copy of the Classified Section of the San Francisco Telephone Directory is published and circulated, the taxicab operator shall maintain a current listing, including the name of the company and telephone number, with the San Francisco Directory Assistance Operator.

6.  Employ a person, service or device having the capability of receiving inquiries about lost property on a twenty-four (24) hour basis.

7.  Respond to routine Police Department inquiries within twenty-four (24) hours.

8.  Respond to any Police Department emergency request within two (2) hours.

9.  Employ a person or service having the capability of receiving requests for service and dispatching those requests in a timely fashion. All Medallion Holders affiliated within a Color Scheme must utilize the same dispatch service. The Color Scheme Holder must notify the Taxi Detail prior to changing their dispatch service.

10.   Every Color Scheme Holder, Medallion Holder and Taxicab Driver shall use the waybill format as prescribed by the Taxicab Commission or their designee. Color Schemes will devise their own waybill filing system that allows inspections by the Taxicab Commission or their designee within twenty-four (24) hours of notification. All waybills shall be retained for a period of three (3) years at the business address.

11.   All Color Scheme Holders must prominently post any "Crime Information Bulletins" they receive from the Taxicab Commission or their designee.

12.   Every Color Scheme Holder shall give written notice to the Taxicab Detail, at least ten (10) days prior to changing the location of their principal place of business.

13.   Every Color Scheme Holder shall ensure that all employed drivers have submitted  and passed a medical examination before operating a taxicab. Medical examination application forms will be provided by the Taxicab Detail.

    a.   Copies of medical examination certificates shall be retained at the business premise and shall be available for inspection by the Taxicab Commission or their designee during business hours.
    b.   A list of all drivers with valid certificates shall be forwarded to the Taxicab Detail on a bi-annual basis.

14.   The Color Scheme Holder shall be responsible for issuing a duplicate copy or receipt, for each waybill turned in by any driver or medallion holder.  (Amended 11/23/99)

15.   On the first business day of each week, all Color Scheme Holders shall fax, to the Taxi Detail, the names of all Drivers and Medallion Holders who have failed to turn in waybills during the previous week.  (Amended 11/23/99)

16.   The Color Scheme Holder must have a copy of Certificate of Worker's Compensation Insurance prominently displayed at the place of business so that it is visible to drivers.  (Amended 11/23/99)

I.   **Found Property**

1.   Every Color Scheme Holder shall cause property found in any of their taxicabs to be returned to its rightful owner in a timely fashion.  If the owner cannot be found, the property shall be held for safekeeping for a period of not less than 120 days.  A receipt shall be issued for each item turned in.

2.   If the property is currency, is of the value of one hundred dollars ($100) or more, is either a serialized item or an electronic device or contains owners

identification information, the Color Scheme Holder or the designee, shall within thirty (30) days, transfer the property to the Taxi Detail, make a Police Report, and obtain both Police Incident Report Number and a receipt of the items processed.

3.  Every Color Scheme Holder shall maintain a log book which records the date, time taxicab, driver incident report number, (if applicable), description and disposition of the property at the principal place of business. The log book shall be retained for a minimum period of one year.

4.  On the first business day of each week, all Color Scheme Holders shall fax, to the Taxi Detail, a copy of all entries made in the property log for the previous week. Those color schemes, having no entries for that week will fax a notice advising the Taxi Detail that no property was turned in.

5.  Every Color Scheme Holder shall be personally liable for any loss of properties suffered by passengers making use of their taxicab services caused by the intentional misconduct or negligence of the taxicab driver and/or color scheme. Failure to safeguard found properties may subject the color scheme holder to revocation proceedings.

6.  Every Color Scheme Holder shall advise passengers, claiming to have lost property of value in a taxicab, to make a lost property police report if their property has not been found.

**J.    Use of Controlled Substance / Alcohol**

1.  No Color Scheme Holder, manager, owner or employer having actual knowledge that a driver has used and is currently under the influence of a controlled substance shall permit the driver to operate or continue to operate a taxicab.

2.  No Color Scheme Holder, manager, owner or employer having actual knowledge that a driver has used alcohol within four (4) hours of operating a taxicab shall permit a driver to operate a taxicab.

3.  No Color Scheme Holder, manager, owner or employer having actual knowledge that a driver has a blood alcohol content of 0.02 percent or greater shall permit the driver to operate a taxicab.

4.  No Color Scheme Holder, manager, owner or employer having actual knowledge that a driver who tested positive for alcohol or a controlled substance shall not permit the driver to operate a taxicab until such time as the driver has tested negative.

### K.    Leases/Payment of Fees

1.    Every Medallion Holder and Color Scheme Holder shall limit the layers of medallion or permit leases to three (3) layers (i.e. Medallion Holder to Color Scheme Holder to Driver).  No Taxicab Driver may lease a permit or medallion, either on a per shift basis or for any term of time from anyone other than the Medallion Holder or the Color Scheme Company under which the permit or medallion is operating.

2.    Keep copies of all lease agreements between medallion permit holder, color scheme permit holder, and all drivers on file for inspection by the Taxicab Commission or their designee.  All such agreements must be in writing and copies shall be provided to all parties involved.

3.    All Color Scheme Holders shall issue receipts of payments for either gas, gates, leases or others fees when requested.


## 6.    DRIVERS' REQUIREMENTS

### A.    General Rules and Requirements

1.    Every Licensed Permit Holder shall comply with the provisions of the Charter, Police Code, Planning Code and Traffic Code of the City and County of San Francisco, The California Vehicle Code, California Worker's Compensation Laws and these Taxicab Regulations.  The provisions of all ordinances and regulations applicable at the San Francisco International Airport, San Francisco City and County Department of Agriculture and Weights and Measures, and all other governmental jurisdictions through which the permit holders traverse.

2.    Every Taxicab Driver shall, at all times, cooperate with all law enforcement officers or their agents including, but not limited to, giving upon request, their name, and Taxicab Driver's badge number, exhibiting their identification card, waybill and other documents required to be in their possession.

3.    Every Taxicab Driver shall obey any lawful request or order of any law enforcement officer or their designee.  A law enforcement officer or their designee has the authority to settle any fare disputes.  This may include, but is not limited to, adjusting the disputed amount, persuading the passenger to pay, citing or taking a citizen arrest of the participants.

4.    A Taxicab Driver shall not hinder, delay, knowingly make false or misleading statements to the Taxicab Commission or their designee on any matters relating to regulatory compliance.

22

5.   Respond to Police Department inquiries within twenty-four (24) hours for non-emergency requests.

6.   Respond to any Police Department emergency request within two (2) hours, if the driver is working the current shift.

7.   Every Taxicab Driver shall give written notice to the Permit Section within ten (10) days of any change of residence address. A post office box address is not permitted.

8.   Taxicab Drivers shall notify, in writing, the Taxicab Detail within two (2) business days of a change of taxicab driver employment.

9.   Every Taxicab Driver shall ensure that all employment information is current and given to Color Scheme Holder prior to their employment.

10.  Every Taxicab Driver, on a bi-annual basis, must submit to and pass a medical examination. The Taxi Detail's Medical Examination Report must be completed by an examining physician and a copy of the report shall be filed with the Color Scheme Holder. The original report shall be retained by the driver.

11.  No Taxicab Driver may lease a permit or medallion, either on a per shift basis or for any term of time from anyone other than the Medallion Holder or the Color Scheme Holder under which the permit or medallion is operating.

**B,   Required Forms and Notices**

1.   Each Taxicab Driver be equipped with a San Francisco and San Mateo County street guide or map with a complete index of all the streets.

2.   Each Taxicab Driver shall ensure that their taxicab is equipped with a supply of comment cards approved by the Taxicab Commission and shall ensure that these cards are properly displayed in the their designated holder(s). In addition, these cards must be issued when requested by the passenger.

3.   Every Taxicab Driver, while operating a taxicab vehicle shall have within their possession, a copy of the Driver's Requirements portion of the Taxicab Commission Rules and Regulations. All the Taxicab Commission Rules and Regulations must be shown to a passenger or police officer upon request.

4.   Every Taxicab Driver shall ensure that their cab is equipped with a supply of receipts, preprinted with the taxicab company's name that they are currently driving. Each receipt shall have the following information, but not limited to, driver's badge number, vehicle number, medallion number, if different from vehicle number and amount of fare, (written legibly), prior to giving it to the

23

passenger upon request. (Amended 1/11/00)

5.    Every Taxicab Driver, while operating a taxicab vehicle shall have in their possession a three inch by five inch (3" x 5") laminated identification card with a photograph of the driver's face (without a hat, scarf or sunglasses, etc.), a minimum of one and one-half inches in width by two inches in length (1 ½"W x 2"L), displayed conspicuously at all times in a manner that is easily readable by any passenger in the taxicab vehicle. The card must include the photograph of the driver, the driver's badge number and the color scheme of the taxicab vehicle. This identification card, in a form approved by the Taxicab Commission or their designee must be acquired by the taxicab driver. The colors on the picture identification card shall match the color scheme holder's color(s). The colors shall be aligned horizontal along the length of the identification card. (Amended 1/11/00)

**C.    Duties and Responsibilities**

1.    The Taxicab Driver is required to perform a safety check on any taxicab prior to placing it in operation.    The driver is responsible for having all working equipment on the vehicle functional to include but not limited to all O.E.M. equipment and ramped taxicab lift equipment requirements.

   a.    If any equipment is found to present a hazard or safety issue, then the vehicle shall be put out of service until it is repaired.
   b.    If during the course of the work shift, any equipment becomes a safety or hazard issue, then the vehicle is to be place out of service immediately .

2.    No Taxicab Driver shall drive, or permit to be driven, a taxicab vehicle which interior is not kept clean, orderly and free of offensive odors.

3.    Every Taxicab Driver driving, or causing to be driven, any taxicab vehicle in the City and County of San Francisco shall ensure the thorough washing of the taxicab vehicle operated or driven by them at least once a week or sooner, if needed and shall also carefully sweep and clean the taxicab vehicle and trunk compartment at the beginning of each shift of operation.

4.    Every Taxicab Driver is to start and end the shift at the color scheme's principal place of business and make the change of shift to another taxicab operator at the Color Scheme's principal place of business on the private property of the Color Scheme Holder, except with approval of the Taxicab Commission for "formal employee operations". (Amended 1/11/00)

5.    Taxicab Driver(s) shall perform a "two-way radio check" at the commencement of each shift to determine if the two-way radio is in proper working order. If the

24

two-way radio is not in working order that taxicab vehicle shall be placed out of service until such time the two-way radio is functioning properly.

6.  The two-way radio must be kept in working order and kept on at all times while employed as a Taxicab Driver.

7.  If the vehicle is temporarily placed out of service because of a mechanical failure, the driver shall make a notation on the waybill listing the time out of service and the time returned to service.

8.  Every Taxicab Driver shall use the waybill format as prescribed by the Taxicab Commission or the Commission's designee.  The waybills shall be completed in indelible ink, and shall include the driver's signature at the commencement of the shift as well as the "A" card number and total number of hours worked.  This waybill is to be filed at the Color Scheme Holder's principal place of business at the conclusion of each shift.

9.  No Taxicab Driver shall leave a vehicle unattended on a public street for more than four (4) hours.

10. Every Taxicab Driver must accept a radio dispatch assignment.

    a.  If available from their dispatch service, taxicab drivers must handle an average minimum of one (1) radio call an hour during each shift.
    b.  Taxicab Drivers must advise their dispatch service if they are unable to handle an accepted call within ten (10) minutes of the time when they acknowledged the call.
    c.  Every Ramped Taxicab Driver, once dispatched to a "disabled person" call shall not accept any other fare while en route to that dispatched call.

11. The Taxicab Driver, while actively employed shall only monitor or listen to the dispatch service subscribed to by the Color Scheme Holder.

12. The taxicab vehicle dashboard and rear shelf shall not have any loose items of any sort lying about.

13. Make a visual check of the interior of the taxicab vehicle at the conclusion of each trip to determine if any property has been left behind.  If any of the passenger's property was loaded in the trunk, the driver shall check the trunk area at the end of the trip to ensure that no property was left behind.

14. The taxicab vehicle trunk and/or baggage area shall be kept clean, free of items or materials that possibly could damage or stain passengers baggage, and free of any container containing flammable liquids.

11.    Any taxicab found to have taximeter seals (paper, wire, etc.) that are broken, removed, destroyed, marred or otherwise tampered with will be immediately taken out of service until correctly repaired.  Any Taxicab Driver or Color Scheme Holder operating such taximeter and/or taxicab may be subject to disciplinary action.

**D.    Rules of Conduct**

1.    No Taxicab Driver shall speak in an obscene, boisterous, loud, threatening or abusive manner while in the course of their employment as a Taxicab Driver.

2.    No Taxicab Driver shall threaten, harass or abuse any other person while in the course of their employment of a Taxicab Driver.

3.    No Taxicab Driver shall attempt to use any physical force against any person except in self-defense or in defense of another.

4.    Drivers shall be clean in dress and person.

5.    No Taxicab Driver may smoke, drink, or eat while a passenger(s) is in the taxicab vehicle.

6.    Drivers shall comply with any passenger request to turn down, turn off or change the channel of any audio/video device, (AM , FM, radio tape player etc.). (Amended 1/11/00)

7.    Drivers shall only receive a tip/gratuity when expressly issued by the payee. Drivers may not demand, imply, suggest, assume or otherwise receive any additional charges unless permitted under City  Charter or the Taxicab Commission Rules and Regulations.

8.    Taxicab Drivers or person(s) on their behalf shall not offer any gift, gratuity or any thing of value in order to receive any preferred vehicle, assignment, dispatch call, shift, fare or any other employment enhancement.

**E.    Passenger Service**

1.    No Taxicab Driver shall refuse, or direct or permit the refusal, of prospective passengers in any area or district of the City and County of San Francisco for transportation to any place in said City and County, or to the San Francisco International Airport, or to the Oakland International Airport, at rates authorized by law, if said prospective passenger presents themselves for transportation in a clean, sober, and orderly manner and for a lawful purpose and the driver has sufficient time before the end of their shift.    (Amended 1/11/00)

2.  A Taxicab Driver shall comply with all the reasonable requests of any passenger.

3.  A Taxicab Driver shall, if requested, reasonably assist a handicapped, disabled or elderly person to get into and out of the taxicab vehicle if within the physical capacity of the driver. If unable to assist the passenger, or feels that their personal safety is at risk, the driver shall notify their dispatch and request a driver or other appropriate service capable of handling the request. The driver shall record the request and results on the waybill. The Taxicab Driver shall remain with the passenger until assistance from another driver or appropriate service has arrived. (Amended 1/11/00)

4.  A Taxicab Driver shall not refuse to transport a passenger's luggage, wheelchair, crutches or other property that can be transported within the confines of the vehicle's trunk and/or passenger areas.

5.  A Taxicab Driver shall not refuse to transport any orderly and /or contained animal including, but not limited to, guide or service dogs.

6.  Upon request of a passenger, the Taxicab Driver shall load or unload luggage, into or out of the taxicab vehicle's interior or trunk compartment if within the physical capacity of the driver. If the driver is unable to assist the passenger, or feels that their personal safety is at risk, the driver shall notify their dispatch service and request a driver or other appropriate service capable of handling the request. The driver shall record the request and results on the waybill. The Taxicab Driver shall remain until another driver or appropriate service has arrived to assist the fare. (Amended 1/11/00)

7.  Every Taxicab Driver shall be able to provide change for, or arrange to provide change for, at no additional expense to the passenger, a minimum of twenty dollars ($20.00) . (Amended 1/11/00)

8.  Every Taxicab Driver shall inform passenger(s) of their intention to activate the meter when said passenger(s) has an excessive amount of baggage, luggage, packages and/or equipment that needs to be loaded in the vehicle's trunk which would delay said Taxicab Driver from departing immediately to the stated destination.

9.  Drivers shall, at the beginning of a trip, inform passenger(s) whose announced destination is or may be more than fifteen (15) miles, as recorded on the taxicab vehicle odometer, from the city limits of San Francisco that the fare to be charged will be 150% of the amount registered on the taximeter.

10.  Drivers shall, at the beginning of a trip, inform passengers(s) whose announced destination is or may be more than fifteen (15) miles, as recorded on the taxicab

vehicle odometer, from San Francisco International Airport, provided that the trip does not pass through San Francisco in which case item #9 above applies, that the fare to be charged will be 150% of amount registered on the taximeter.

11.    Drivers shall, at the beginning of a trip, inform passenger(s) whose announced destination requires the crossing of a toll bridge, the amount of the toll charged and that the toll charge is to paid by the passenger(s) regardless of the direction in which the toll is collected.

## F.    Found Property

1.    Prior to the end of the shift, drivers shall make every reasonable attempt to return property, found in their taxicab, to the rightful owner.

2.    Every driver shall turn any unclaimed or unreturned property to the Color Scheme Holder's place of business at the conclusion of their shift for safekeeping and obtain a receipt for the item regardless of value.

3.    Driver's shall record on their waybill the description of found property, whom they have notified concerning it, (return any property found to the owner, if possible), and what was done with it.

7.    Driver's shall be personally liable for any loss of properties suffered by passenger(s) making use of their taxicab services caused by intentional misconduct or negligence of the Taxicab Driver.  Failure to safeguard found properties may subject the driver to revocation proceeding.

## G.    Use of Controlled Substance / Alcohol

1.    No Taxicab Driver shall consume or be under the influence of any alcohol or other intoxicating substance while acting in the capacity of a taxicab driver.  No Taxicab Driver shall drive a taxicab vehicle while their driving ability is impaired by any prescribed or non-prescription drug.

2.    No Taxicab Driver shall operate a taxicab within four (4) hours after consuming alcohol.

3.    No driver shall begin a shift to operate a taxicab or continue to operate a taxicab while having a blood alcohol content of 0.02 percent or greater.

4.    No driver shall operate a taxicab or continue to operate a taxicab while using any controlled substance, except when it is pursuant to the instruction of a licensed medical practitioner, who advised the driver that the substance will not adversely affect the driver's ability to operate a taxicab.

## 7.   TRANSING

### A.   Drivers' Training

1. In accordance with Municipal Police Code Section 1147.1, Educational Entities may offer a "Driver Training Course" for new Taxicab Drivers after applying for and receiving approval from the Taxicab Commission. All approved entities must follow the below listed course requirements:

   a. Course length must be a minimum of 28 hours.
   b. Course subjects must include:
      1. City Geography - minimum 8 hours
      2. Crime Prevention - minimum 4 hours
      3. Vehicle & Pedestrian Safety - minimum 4 hours
      4. Taxi Rules and Laws - minimum 1 hour
      5. California Vehicle Code - minimum 1 hour
      6. Passenger Relations - minimum 8 hours
         (includes procedures for transporting persons covered by the American with Disabilities Act).

2. The minimums listed above are minimums for each required subject. Each minimum may be increased as necessary to reach the 28 hour total course length. Other subjects may be taught in conjunction with the course, however, time devoted to those subjects will not count as part of the 28 hours. The length of the course may be increased by the Taxicab Commission or their designee.

3. New Taxicab Drivers may attend any approved course, regardless of which taxicab color scheme they will be driving under.

4. Taxicab Commission or their designee shall conduct periodic inspections of all approved "Driver Training Course" providers to insure that appropriate course outlines are being followed and appropriate training methods are being used. The inspection shall be conducted to determine if the "Driver Training Course" adheres to the standards of 1147.1 MPC.

5. All permitted course providers shall maintain a record of each driver, to include, but not limited to, their names, driver's number and test scores. The record shall be maintained for a period of two (2) years. All records shall be available for inspection by the Taxicab Commission or their designee.

6. Each course shall issue a certificate of completion upon achieving a passing score. Each certificate shall include, but not limited to, a permanent sequential number, the driver's name, date of completion, and the signature of the instructor.

29

7.    The certificate of completion is only valid for one (1) year from the date of issue.

8.    No person shall operate as the driver of a Ramped Taxicab unless they have completed all training required by the Municipal Railway Accessible Transit Unit.

# 8.    DISPATCH

## A.    General Rules and Requirements

1.    Every Dispatch Permit Holder shall comply with the provisions of the Charter, Police Code, Planning Code and Traffic Code of the City and County of San Francisco, The California Vehicle Code, California Worker's Compensation Laws and these Taxicab Regulations.  The provisions of all ordinances and regulations applicable at the San Francisco International Airport, San Francisco City and County Department of Agriculture and Weights and Measures, and all other governmental jurisdictions through which the permit holders traverse.

2.    The Dispatch Permittee is responsible for the training of employees in all laws, rules and regulations pertaining to the taxi industry.  The Permittee shall ensure that all new dispatchers attend and complete both the industry's taxicab training schools and the Taxicab Detail's training class prior to employment.  Copies of certificates of completion must be filed at the Dispatch Service's place of business.  (Amended 2/8/00)

3.    Each dispatch service must employ a minimum of one operator/call taker on duty for each seventy-five (75) cabs in operation.

4.    The Dispatch Permittee shall ensure that the Dispatch Service is operational twenty-four (24) hours a day.

5.    All Dispatch Services must advertise in the Yellow Page Classified, giving their twenty-four (24) hour number and listing and which color schemes they dispatch for.

6    All calls must be dispatched in accordance with Section II, RESPONSE TIME GOALS.  (Amended 2/8/00)

7.    All Dispatch Services shall ensure that every service request for a ramped taxicab is dispatched in a timely manner.

a.    The dispatcher must call back within twenty (20) minutes with the cab number assigned to handle the call or to advise that no cab was dispatched.

30

b.   If the call cannot be dispatched to a ramped taxicab under their service, the dispatcher/operator shall call other ramped taxicab dispatch services to handle the request and provide the customer with the company name and vehicle number of the responding ramped taxicab.

c.   If there are no ramped taxicabs available, the dispatcher shall record both the customer's name and phone number as well as the names of the other dispatch services contacted.

8.   All Dispatch Services must provide the Taxi Detail with a semi-annual report that includes, but not limited to, the number of calls for service received, the number of taxicabs dispatched to calls, the number of non-response complaints and the number of cabs that serviced to the requested calls.

9.   All cabs, within a specific color scheme shall subscribe to the same Dispatch Service.

10.  All Dispatch Services shall notify the Taxicab Detail within twenty-four (24) hours of either the addition or deletion of a Color Scheme Holder or Medallion Holder of their service.

11.  All Dispatch Services must obtain a current driver roster from all Color Scheme Holders that use their service.  This roster must be available twenty-four (24) hours a day to the Taxicab Commission or their designee.

12.  All Radio Dispatch Permittees shall develop a "Standard Emergency Plan" for drivers and dispatchers to follow in emergencies.  The plan shall be filed within ninety (90) days of the adoption of these Regulations.  Future permittees shall file such a plan upon application for their permit.

13.  Radio Dispatch Permittees and their employees shall not accept gifts/gratuities or any thing of value from either drivers or person(s) acting on their behalf for a preferred vehicle, shift assignment, dispatch call, or fare.

14.  All Dispatch Services shall record in a format approved by the Taxicab Commission or their designee, all requests for taxicab vehicle service, noting thereon the date and time of request for service, the address to which dispatched and the number of taxicab vehicle dispatched. Said records shall be made available for inspection by any police officer engaged in the performance of their duty for a period of ninety (90) days from the date of entry. (Amended 2/8/00)

15.  Every Dispatch Service shall simultaneously be able to both broadcast transmissions and to receive transmissions from every taxicab operating under their service. (Amended 2/8/00)

31

16.   No Dispatch Permit Holder shall hinder, delay, knowingly make false or misleading statements to the Taxicab Commission or their designee on any matters relating to regulatory compliance. (Amended 2/8/00)

**B.    Customer Service**

1.   All calls shall be answered by human or mechanical/device within six (6) rings.

2.   If the caller has requested a call back and the call has not been dispatched within twenty (20) minutes of the request the service shall call back the person(s) and advise them of such.

3.   Upon request, all Dispatch Services shall provide callers with an approximate arrival time of the taxicab requested.

4.   Each particular dispatcher, operator and/or call taker shall be assigned their own individual identifier.

    a.   The dispatcher, operator and/or call taker shall either identify themselves with their true name or identifier upon answering a call.

    b.   The dispatcher, operator and/or call taker shall give their identifier or true name and the shift they are working if requested by a caller. (Amended 2/8/00)

5.   If two or more Color Scheme Holders share the same radio dispatch service, and if a "color scheme" other than that requested by a customer is to be dispatched to the customer's location, the operator of the Dispatch Service shall ensure that the customer is so advised prior to the dispatch of the taxicab vehicle.

## 9.    RAMPED TAXIS

A.   All provisions of the other Articles of these Taxicab Regulations which are applicable to "Ramped Taxis" are hereby incorporated within this Article, in addition to the following specific regulations to "Ramped Taxis."

1.   All "Ramped Taxis" shall be equipped with a ramp capable of allowing persons using a wheelchair to enter the vehicle without exiting the wheelchair.

2.   No person shall operate as the driver of a Ramped Taxicab unless they have completed all training required by the Municipal Railway Accessible Transit Unit.

3.   All Color Scheme Holders operating Ramped Taxis shall provide an average response of twenty (20) minutes. (*Effective after 75 issued permits.*)

4.    All Dispatch Services shall ensure that every service request for a Ramped Taxicab is dispatched in a timely manner.

   a.    The dispatcher must call back with in twenty (20) minutes with the cab number assigned to handle the call or to advise that no cab was dispatched.

   b.    If the call cannot be dispatched to a ramped taxicab under their service, the dispatcher/operator shall call other ramped taxicab dispatch services to handle the request and provide the customer with the company name and vehicle number of the responding ramped taxicab.

   c.    If there are no ramped taxicabs available, the dispatcher shall record both the customer's name and phone number as well as the names of the other dispatch services contacted.

5.    All Ramped Taxicab Drivers, upon receiving a dispatched call for a ramped taxicab shall not accept any other fare while en route to that dispatched call.

6.    Every Ramped Taxi driver shall, if requested, assist a handicapped, disabled or elderly person to get into and out of the taxicab vehicle and ensure the passenger is properly secured in the vehicle prior to transport. If a driver is unable to properly assist and/or secure the passenger, the driver shall notify their dispatch and request a driver or other appropriate service capable of handling the request. The driver shall record the request and results on the waybill. The driver shall remain with the passenger until assistance from another driver or appropriate service has arrived. (Amended 3/14/00)

7.    If available from their Dispatch Service, every Ramped Taxicab Driver shall handle an average of three (3) wheelchair service calls per shift.

8.    The Taxicab Driver is required to perform a safety check on any taxicab prior to placing it in operation. The driver is responsible for having all working equipment on the vehicle functional to include, but not limited to, all O.E.M. equipment and ramped taxicab lift equipment requirements.

   a.    If any equipment is found to present a hazard or safety issue, the vehicle shall be put out of service until it is corrected, properly repaired and inspected.

   b.    If during the course of the work shift, any equipment becomes a safety or hazard issue, then the vehicle is to be placed out of service immediately.

## 10.  PENALTIES

A.  Every Medallion Holder, Color Scheme Holder, Driver Permittee, Dispatch Service Holder or any other Permit Holder, who violates or causes to be violated, any of the above regulations may be subject to disciplinary action.  Such disciplinary action may be:

1.  The issuance of a fine, admonition, retraining, reprimand, suspension, or revocation of the permit by the Taxicab Commission for violation of these Taxicab Regulations, or

2.  Revocation by the Taxicab Commission of Taxicab Permits issued under Appendix F of the Charter of the City and County of San Francisco.

B.  Any person(s) or company who violates or causes to be violated relevant statutes of law may also be cited or arrested.


## 11.  SEVERABILITY

If any section, subsection, subdivision, paragraph, sentence, clause or phrase of these Taxicab Regulations or any part thereof, is for any reason held to be invalid or ineffective, such decision shall not affect the validity or effectiveness of the remaining portions of these Taxicab Regulations or any part thereof.  The Taxicab Commission hereby declares that the Commission would have adopted and promulgated each section, subsection, subdivision, paragraph, sentence, clause or phrase thereof irrespective of the fact that any one or more sections, subsections, subdivisions, paragraphs, sentences, clauses or phrases be declared invalid or ineffective.


Date:  August 1, 2000                    CITY AND COUNTY OF SAN FRANCISCO
                                         TAXICAB COMMISSION

                                         MARIANN COSTELLO, PRESIDENT
                                         RACHIALLE FRANKLIN, VICE PRESIDENT
                                         VINCENT AGBAYANI, COMMISSIONER
                                         PAUL GILLESPIE, COMMISSIONER
                                         MARY McGUIRE, COMMISSIONER
                                         LYNETTE SWEET, COMMISSIONER
                                         RICHARD WIENER, COMMISSIONER