# CITY AND COUNTY OF SAN FRANCISCO MUNICIPAL CODE

# ADMINISTRATIVE CODE

# VOLUME I





MUNICIPAL CODE CORPORATION

Tallahassee, Florida    2006

| | | |
|---|---|---|
| Sec. 1.27. | | Authority of Police Chief, District Attorney and Sheriff with Respect to Contracts with State for Witness Protection. |
| Sec. 1.29. | | Voting Requirements for Members of Commissions, Committees and Other Bodies Created by Legislative Action. |
| Sec. 1.30. | | Authorizing Contracts with Public Utilities for the Removal of Hazardous Materials. |
| Sec. 1.35. | | Telpak Circuit System; Stolen Vehicles. |
| Sec. 1.36. | | Alameda County Police Information Network System. |
| Sec. 1.48. | | City Store—Merchandise—Profits. |
| Sec. 1.50. | | Officers of the City and County. |
| Sec. 1.51. | | Procedure by General Law or Ordinance. |
| Sec. 1.52. | | Repair of Accepted Streets. |
| Sec. 1.53. | | Sewer, Water and Other Connections. |
| Sec. 1.56. | | Annual Reports. |
| Sec. 1.58. | | Permits for United Nations and Hallidie Plazas. |
| Sec. 1.59. | | Transfer of Institutional Police Department. |

### SEC. 1.1. HOW CODE DESIGNATED AND CITED.

This ordinance shall constitute and be designated and shall be cited as the San Francisco Administrative Code.

### SEC. 1.2. CATCHLINES OF SECTIONS.

The catchlines of the several sections of this code printed in boldface type are intended as mere catchwords to indicate the contents of the section and shall not be deemed or taken to be titles of such section, nor as any part of the section, nor, unless expressly so provided, shall they be so deemed when any of such sections, including the catchlines, are amended or re-enacted.

### SEC. 1.3. OFFICIAL FLAG.

The City and County shall have an official flag to be known as "The Flag of San Francisco."

The flag shall be as follows:

A phoenix rising from the flames, below which shall appear the motto "Oro en Paz—Fierro en Guerra" (gold in peace; iron in warfare), both in a golden hue on a field of white, with the flag itself bordered with gold.

The words "San Francisco" shall appear horizontally along the lower portion of the flag, below the phoenix and the motto, in letters of appropriate size, rich blue in coloring. (Ord. No. 979 (1939), Sec. 1)

### SEC. 1.5. OFFICIAL FLOWER DESIGNATED.

The Dahlia is hereby designated the official flower of the City and County. (Reso. No. 26244 (N.S.))

### SEC. 1.5-1. OFFICIAL SONG AND BALLAD DESIGNATED.

The musical composition "San Francisco" with music by Bonislaw Kaper and Walter Jurmann and lyrics by Gus Kahn is hereby designated as the official song of the City and County, and "I Left My Heart in San Francisco" with music by George Cory and lyrics by Douglass Cross is hereby designated as the official ballad of the City and County. (Added by Ord. 307-69, App. 10/24/69; amended by Ord. 247-84, App. 5/23/84)

### SEC. 1.5-2. OFFICIAL COLORS DESIGNATED.

The colors black and gold are hereby designated as the official colors of the City and County of San Francisco. (Added by Ord. 93-79, App. 3/2/79)

### SEC. 1.5-3. OFFICIAL BIRD DESIGNATED.

The California Quail (*Callipepla californica*) is hereby designated the official bird of the City and County of San Francisco. (Added by Ord. 246-00, File No. 001436, App. 10/27/2000)