DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
FRANCESCA GESSNER, State Bar #247553
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102
Telephone:     (415) 554-4762
Facsimile:      (415) 554-4699
E-Mail:           francesca.gessner@sfgov.org

Attorneys for Defendants
TAXI COMMISSION and
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SLONE and MICHAEL MERRITHEW,<br><br>   Plaintiffs,<br><br>   vs.<br><br>TAXI COMMISSION, CITY AND COUNTY OF SAN FRANCISCO, Executive Director Heidi Machen; CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>   Defendants. | Case No. C07-3335 JSW<br><br>**DECLARATION OF FRANCESCA GESSNER IN SUPPORT OF STIPULATED ADMINISTRATIVE MOTION TO REMOVE PREVIOUSLY FILED DOCUMENTS FROM THE DOCKET AND REPLACE WITH REDACTED COPIES**<br><br>Hearing Date:   April 8, 2008<br>Time:             9:00 a.m.<br>Place:            Ctrm. 2, 17th Floor |

**DECLARATION OF FRANCESCA GESSNER**

1.  I am a Deputy City Attorney in the San Francisco City Attorney's Office, which is counsel of record to the Defendants in the above-captioned matter.

2.  I have personal knowledge of the contents of this declaration and I could and would testify competently thereto if called upon to do so.

3. On March 14, 2008, I emailed Joseph Breall and Elliot Myles, counsel for Plaintiffs. In an email dated March 14, 2008, Mr. Breall stipulated to the request to permanently remove from the public docket Exhibits A-F of Docket Item 28 [Exhibits A-F of the Declaration of Heidi Machen In Support Of Defendants' Motion For Summary Judgment and/or Partial Summary Judgment] and to have redacted versions of the documents substituted in the record.

4. On March 14, 2008, I emailed and phoned the ECF HelpDesk and asked that they put a temporary lock on Exhibits A-F of Docket Item 28. My request was granted.

5. On March 17, 2008, I spoke by phone with the Court's docket clerk, Hillary Jackson, who instructed me to file the accompanying Administrative Motion to remove the previously filed Exhibits A-F of Docket Item 28 and to e-file redacted versions of those exhibits.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on March 17, 2008, at San Francisco, California.

By:  -  Signed  -
Francesca Gessner