# REDACTED EXHIBIT A TO DECLARATION OF HEIDI MACHEN

City and County of San Francisco



**Taxicab Commission**
Mayor Willie L. Brown, Jr.

█ **CONFIDENTIAL**

Naomi M. Little
*Executive Director*

Date Received: **SF TAXICAB COMMISSION**
**SEP 30 2003**

Medallion No.
1064

## REQUEST FOR REASONABLE ACCOMMODATION

SLONE    William    JAMES    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Last Name          First Name          Social Security Number

1230 Fine Creek Way #E    94521    6484444   (925)685-4778
Address    City    Zip    Work Phone    Home Phone
CONCORD    CA

It is the policy of the City and County of San Francisco to provide reasonable accommodation for qualified individuals with disabilities in accordance with the Americans with Disabilities Act (ADA). You may be required to provide documentation in support of your request.

1.    **Nature of Permit.**

Current Type of Permit Held:    K- MED
Type of Permit Sought: _____

2.    **Reasonable Accommodation Request.**

What type of accommodation are you are requesting?

● Modified work schedule        O Removal of communications barrier.        O Job Restructuring

O Change in procedure           O Purchase of assistive services             O Reassignment

O Purchase assistive device     O Removal of architectural barrier           O Other:

Please describe the requested accommodation:
To HAVE the REQUIRED number of shifts per year be REDUCED/AND or have this Requirement Removed

Please explain how you believe this accommodation will enable you to perform the fundamental functions of your position: I am able to drive, but tire easily. I work as much as I can but having this requirement is causing stress. With Stress, I have difficulty breathing.

1540 Market Street, Suite 160, San Francisco, CA 94102
(415) 554-3940    Fax (415) 552-6996

3. **Essential Functions of the Permit.**

Please identify the essential functions (do not include incidental functions) to be performed by someone holding the type of permit for which you are requesting an accommodation:

*Daisiy Taxi.*

4. **Health Care Provider.**

Please provide us with the name of your health care provider(s) who can assist in this request. If you have additional providers who also have information on this matter, please list that information on the back of this sheet:

Name: *KAISER  DR MAZAR*
Address: *1425 South Main St*
Phone: *W.C  Ca  94596*
Specialty: *Pulmonary*

Name: _____
Address: _____
Phone: _____
Specialty: _____

5. **Major Life Activities.**

Please check those major life activities you believe to be limited by your medical condition(s):

| | | | | |
|---|---|---|---|---|
| O Walking | ☑ Breathing | O Seeing | O Caring for Oneself | O Working |
| O Talking | O Hearing | O Learning | O Performing Manual Tasks | O Other: |

Please describe how the above activities are limited:

*I HAVE COPD & require a TANK to have sufficent air.*

6. Is your medical condition temporary?    *It is permineate*
   ☑ Yes    ● No

If yes, please state the expected duration: _____

7. Are you currently working?
   ● Yes    O No

8. Have you applied previously for a reasonable accommodation within the City?
   O Yes    ● No

2

**⚠ CONFIDENTIAL**

> Please note that this information will be maintained in a separate confidential file from your permit file and access will be limited only to those with a need-to-know.

I hereby certify that I believe I am a qualified individual with a disability as defined by the Americans with Disabilities Act. I have received and reviewed the ADA information brochure and require an accommodation in order to perform the functions of my position. I understand that a detailed review of my disability status and this request for accommodation will be required and I agree to cooperate fully in this process. I further understand that if my request is granted, I am obligated to report any changes in my disability status which may require a re-evaluation of this request. I also understand that this request for accommodation is pertinent to a particular permit. Granting of this request does not signify approval of any future reasonable accommodation request for any other permit issued by the Taxi Commission or any other department within the City and County of San Francisco.

Signature: _____          Date: 9/30/05 _____

## MEDICAL AUTHORIZATION AND RELEASE



TO WHOM IT MAY CONCERN:

Pursuant to my request for reasonable accommodation under the Americans with Disabilities Act, the San Francisco Taxi Commission is required to conduct an inquiry to determine whether I have a physical or mental impairment which substantially limits one or more major life functions and the applicability of a feasible reasonable accommodation.

I hereby authorize and direct you, your operation, its Custodian of Records and/or person in your employ to release any and all information and records which you may have concerning me, including information which may be of a confidential, privileged and/or derogatory nature including, but not limited to: medical, surgical, psychological and dental records (pursuant to the Medical Confidentiality Act, Civil Code Section 56, et seq.) to any authorized representative of the City and County of San Francisco bearing this release or a photocopy thereof, in order to evaluate my request under the Americans with Disabilities Act.

I do hereby request that any information requested be provided as fully and completely as is reasonably possible.

I do hereby release and hold harmless you, your organization or company, your officers, agents, employees, or independent contractors from any liability or damages, and I do hereby waive all claims or causes of action against you, your organization or company, your officers, agents, employees or independent contractors, which may result from furnishing the requested information.

This authorization to release my medical records will expire ninety (90) days after the date signed. I have been advised that I have the right to receive a copy of this authorization.

Name (print): William, Stone

DOB:

SSN:

Address: 1230 Pine Creek Way #E
Concord, Ca 94521

Phone (work): 648-4444

Phone (home): (925) 685-4778

Signature: _____    Date: 9/30/03

# REDACTED EXHIBIT B TO DECLARATION OF HEIDI MACHEN

🔲 **CONFIDENTIAL**

# HEALTH CARE PROVIDER CERTIFICATION

The following individual has identified him/herself as your patient:

**SLOANS**      **William**

Last            First                            Social Security No./Patient ID

This person has requested your assistance in determining whether he or she is eligible for coverage under the Americans with Disabilities Act. This person is seeking to be classified as a "Qualified Individual with a Disability" under this law. Attached is the employee's medical release. Please complete this form to the best of your ability. Your evaluation of this person's ability should be based on your understanding of a particular position's essential functions and your patient's capability to perform those functions.

Date of your last examination of this individual: _____ 9/3/02 _____

## Major Life Activities

Does this person have a disability which "substantially limits" one or more of his/her major life activities? The major life activity/activities affected is/are:

O Walking      O Talking      ☒ Breathing      O Performing Manual Tasks      O Seeing

O Working      O Hearing      O Learning      O Caring for Oneself      O Other:

Please describe how the above activities are limited:

## Disability Status

Is this disability temporary? Yes _____           No ☒

If yes, please state the expected duration of this disability: _____

**RECEIVED**
**JAN 2 2005**
**SF Taxi Commission**

## Essential Functions Determination

Review and complete the attached description of the essential functions of the applicable position. Please specifically identify if this person can perform each essential functions.

_____ In order to make my determination, I am requesting that a departmental representative contact me by phone at _____.

**Reasonable Accommodation Request**

Please identify what type of reasonable accommodation you would recommend for this patient:

O  Purchase of Assistive Device(s): _____

O  Job Restructuring: _____

O  Reassignment To Another Position: _____

O  Removal of Architectural Barrier: _____

O  Purchase of Assistive Services: _____

O  Modified Work Schedule: _____

O  Removal of Communications Barrier: _____

O  Other: _____

Please explain how you believe this accommodation is related to this patient's medical condition:

_____ PATIENT WITH CHRONIC _____
_____ LUNG DISEASE _____
_____

Please indicate how this accommodation would remove barriers to this patient's performance of these functions:

_____
_____
_____

**Health and Safety Determination**

If you have any concerns about the ability of this individual to perform the essential functions as specified on the attached form, please describe the potential risks of harm involved and your recommendations:

_____
_____
_____

If this situation occurs, the following actions should be taken:

_____
_____
_____

2

I, the undersigned health care provider, certify that the information provided concerning _____
is complete and accurate to the best of my knowledge.

In signing this form, I understand and have agreed to answer in a timely manner, the Taxi Commission's questions as to
the basis of the statements made on this form.

I understand that my cooperation is necessary for the Taxi Commission to make an accurate decision on my patient's
request for a reasonable accommodation under the Americans with Disabilities Act.

_____
Health Care Provider's Signature

_____
Print Name

_____ 9/3/04
Date

_____ G 53435 1
License No.

**Note:** If there is a need for further clarification regarding this information, you may be contacted by the applicable
departmental representative or departmental ADA Coordinator.

CONFIDENTIAL

# ESSENTIAL FUNCTIONS GUIDE

☐ CONFIDENTIAL

Name of Applicant/Permittee: _____

Type of Permit: **REGULAR TAXICAB MEDALLION**

| Essential Function | Able to Perform w/o an accommodation | Able to Perform w/ an accommodation* | Unable to Perform w/ or w/o an accommodation |
|---|---|---|---|
| 1. Drive 156 4hr shifts per year | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |

[Continue on additional page if needed.]

\* If you have determined that restrictions exist in the performance of any of the above described essential functions, please indicate what they are and what your recommendation for accommodation is:

# EXHIBIT C

**CITY AND COUNTY OF
SAN FRANCISCO**



**TAXI COMMISSION
MAYOR GAVIN C. NEWSOM**

Heidi Machen
*Executive Director*

July 23, 2007

☐! **CONFIDENTIAL**

William James Sloane
1230 Pine Creek Way
Concord, CA 94521

Subject: Americans with Disabilities Act

Dear Mr. Sloane:

This letter is to acknowledge that this office has not heard from you since January 21, 2005. Several letters requesting more complete applicant information were sent over the years, which have not received a response.

You currently are not receiving a driving reduction under ADA. However, if you feel the need to re-apply for ADA, please contact our office and we will send you the forms needed to be filled out by you and your doctor.

If this office does not hear from you within the next 30 days, we will assume your case closed.

Sincerely,

*Tamara Odisho*

Tamara Odisho
ADA Coordinator

# REDACTED EXHIBIT D
# TO DECLARATION OF
# HEIDI MACHEN

**CITY AND COUNTY OF**
**SAN FRANCISCO**



**TAXI COMMISSION**
**MAYOR GAVIN C. NEWSOM**

## REQUEST FOR REASONABLE ACCOMMODATION

SLONE          WilliAM
Last Name          First Name

Social Security Number ▬▬▬▬▬

1230 PiNE CREEK WAY #E
Address

925-685-4778
Home Phone

CONCORD, CA 94521
City          Zip

415-641-3792
Work Phone

It is the policy of the City and County of San Francisco to provide reasonable accommodation for qualified individuals with disabilities in accordance with the Americans with Disabilities Act (ADA). You may be required to provide documentation in support of your request.

1. **Nature of Permit.**

   Type of Permit Held (Regular/Ramp)   Regular

   Permit Number   1064

2. **Reasonable Accommodation Request.**

   Is this your first time applying for ADA?   No

   If not, then when did you last apply?   2006

   What type of accommodation are you requesting?

   ● Modified work schedule       O Removal of communications barrier.       O Job Restructuring

   O Change in procedure          O Purchase of assistive services           O Reassignment

   O Purchase assistive device    O Removal of architectural barrier          O Other:

   Please describe the requested accommodation:
   Removal or change number of shifts aris have Required to work.

   Please explain how you believe this accommodation will enable you to perform the fundamental functions of your position: .
   It will enable me to keep Permit operating and serving the Public.

RECEIVED
NOV 2 0 2007
SAN FRANCISCO
TAXI COMMISSION

**3.    Essential Functions of the Permit.**

Please identify the essential functions (do not include incidental functions) to be performed by someone holding the type of permit for which you are requesting an accommodation:

to enable a qualify individual to provide Transportation to Residence AND Visitors of San. Francisco.

**4.    Health Care Provider.**

Please provide us with the name of your health care provider(s) who can assist in this request. If you have additional providers who also have information on this matter, please list that information on the back of this sheet:

Name:    Richard A. Raffel MD.
Address:    1515 Newell Ave  WC. C. 94596
Phone:    925-295-4000
Specialty:    Primary Care

Name:    Edwards Dayton MD
Address:    1515 Newall Ave W.C. CA 94596
Phone:    925-295-4000
Specialty:    Pulmonary

RECEIVED

NOV 20 2007

SAN FRANCISCO
TAXI COMMISSION

**5.    Major Life Activities.**

Please check those major life activities you believe to be limited by your medical condition(s):

● Walking            ● Breathing          O Seeing           O Caring for Oneself            ● Working
● Talking            O Hearing           O Learning          O Performing Manual Tasks       ● Other:

Please describe how the above activities are limited:

WHEN I do not receive enought oxigen in my lungs it deprives my body & brain oxigen & my systems begin to shut down.

**6.    Is your medical condition temporary?**
          O Yes        O No       Unknown

If yes, please state the expected duration: The Doctors tell me there is a 60% change of my Death within the next 3 years.

**7.    Are you currently working?**
          O Yes        ● No

Request for a Reasonable Accommodation

3

> Please note that this information will be maintained in a separate confidential file from your permit file and access will be limited only to those with a need-to-know.

I hereby certify that I believe I am a qualified individual with a disability as defined by the Americans with Disabilities Act. I have received and reviewed the ADA information brochure and require an accommodation in order to perform the functions of my position. I understand that a detailed review of my disability status and this request for accommodation will be required and I agree to cooperate fully in this process. I further understand that if my request is granted, I am obligated to report any changes in my disability status which may require a re-evaluation of this request. I also understand that this request for accommodation is pertinent to a particular permit. Granting of this request does not signify approval of any future reasonable accommodation request for any other permit issued by the Taxi Commission or any other department within the City and County of San Francisco.

Signature: _____        Date: _Nov 15/07_____

RECEIVED

NOV 2 0 2007

SAN FRANCISCO
TAXI COMMISSION

## MEDICAL AUTHORIZATION AND RELEASE

TO WHOM IT MAY CONCERN:

Pursuant to my request for reasonable accommodation under the Americans with Disabilities Act, the San Francisco Taxi Commission is required to conduct an inquiry to determine whether I have a physical or mental impairment which substantially limits one or more major life functions and the applicability of a feasible reasonable accommodation.

I hereby authorize and direct you, your operation, its Custodian of Records and/or person in your employ to release any and all information and records which you may have concerning me, including information which may be of a confidential, privileged and/or derogatory nature including, but not limited to: medical, surgical, psychological and dental records (pursuant to the Medical Confidentiality Act, Civil Code Section 56, et seq.) to any authorized representative of the City and County of San Francisco bearing this release or a photocopy thereof, in order to evaluate my request under the Americans with Disabilities Act.

I do hereby request that any information requested be provided as fully and completely as is reasonably possible.

I do hereby release and hold harmless you, your organization or company, your officers, agents, employees, or independent contractors from any liability or damages, and I do hereby waive all claims or causes of action against you, your organization or company, your officers, agents, employees or independent contractors, which may result from furnishing the requested information.

This authorization to release my medical records will expire ninety (90) days after the date signed. I have been advised that I have the right to receive a copy of this authorization.

Name (print): WILLIAM-JAMES SLOANE

Date of Birth: ███████

SSN: ███████

Address: 1230 'E' PINE CREEK WAY

City/State/Zip: CONCORD, Ca 94521

Phone (work): _____

Phone (home): 925-685-4778

Signature: _____   Date: 11/15/07

RECEIVED
NOV 20 2007
SAN FRANCISCO
TAXI COMMISSION



**CITY AND COUNTY OF
SAN FRANCISCO**

**TAXI COMMISSION
MAYOR GAVIN C. NEWSOM**

### HEALTH CARE PROVIDER CERTIFICATION

Richard A. Raffel M.D.
_____
Physician's Name

1425 S Main    Walnut Creek CA 94596
_____
Physician's Address

(925) 795 - 4000.
_____
Physician's Phone

The following individual has identified him/herself as your patient:

SLONE    William
_____          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Last                     First                           Social Security No./Patient ID

This person has requested your assistance in determining whether he or she is eligible for coverage under the Americans with Disabilities Act. This person is seeking to be classified as a "Qualified Individual with a Disability" under this law. Attached is the employee's medical release. Please complete this form to the best of your ability. Your evaluation of this person's ability should be based on your understanding of a particular position's essential functions and your patient's capability to perform those functions.

Date of your last examination of this individual: _____10/15/02_____

## Major Life Activities

Does this person have a disability which "substantially limits" one or more of his/her major life activities? The major life activity/activities affected is/are:

O Walking      O Talking      ● Breathing      O Performing Manual Tasks      O Seeing

O Working      O Hearing      O Learning      O Caring for Oneself      O Other:

Please describe how the above activities are limited:

## Disability Status

Is this disability temporary?  Yes _____                No _X_

If yes, please state the expected duration of this disability: _____

Health Care Provider Application

**2**

## Essential Functions Determination

Review and complete the attached description of the essential functions of the applicable position. Please specifically identify if this person can perform each essential functions.

## Reasonable Accommodation Request

Please identify what type of reasonable accommodation you would recommend for this patient:

O  Purchase of Assistive Device(s): _____

O  Job Restructuring: _____

O  Reassignment To Another Position: _____

O  Removal of Architectural Barrier: _____

O  Purchase of Assistive Services: _____

●  Modified Work Schedule: _____

O  Removal of Communications Barrier: _____

O  Other: _____

Please explain how you believe this accommodation is related to this patient's medical condition:

He has difficulty getting enough oxygen to his blood. This makes physical activities difficult if not impossible at times.

**Please indicate how this accommodation would remove barriers to this patient's performance of these functions:**

He can continue to operate his permit. and serve the public. but the DRIVING Requirement NEEDS to be waved.

## Health and Safety Determination

If you have any concerns about the ability of this individual to perform the essential functions as specified on the attached form, please describe the potential risks of harm involved and your recommendations:

The potential risk is his death. I recomend that you remove or change the driving requirement.

If this situation occurs, the following actions should be taken:

Health Care Provider Application

3

I, the undersigned health care provider, certify that the information provided concerning _W. llan S/one_ is complete and accurate to the best of my knowledge.

In signing this form, I understand and have agreed to answer in a timely manner, the Taxi Commission's questions as to the basis of the statements made on this form.

I understand that my cooperation is necessary for the Taxi Commission to make an accurate decision on my patient's request for a reasonable accommodation under the Americans with Disabilities Act.

_____          _12/4/02_
Health Care Provider's Signature              Date

_R. Lakken MD_                    _G-03+351_
Print Name                                License No.

**Note:** If there is a need for further clarification regarding this information, you may be contacted by the applicable departmental representative or departmental ADA Coordinator.

RECEIVED

DEC 2 7 2007

SAN FRANCISCO
TAXI COMMISSION

Health Care Provider Application

07310410   04 50

## Essential Functions Guide  WILLIAM J SLONE

Name of Applicant/Permittee: _SLONE William_

Type of Permit: **REGULAR TAXICAB MEDALLION**

| Essential Function | Able to Perform w/o an accommodation | Able to Perform w/ an accommodation* | Unable to Perform w/ or w/o an accommodation |
|---|---|---|---|
| 1. Drive 156 4hr shifts per year | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |

[Continue on additional page if needed.]

* If you have determined that restrictions exist in the performance of any of the above described essential functions, please indicate what they are

# REDACTED EXHIBIT E
# TO DECLARATION OF
# HEIDI MACHEN

City and County of San Francisco



Taxicab Commission
Mayor Willie L. Brown, Jr.

Naomi M. Little
*Executive Director*

**CONFIDENTIAL**

RECEIVED

MAY 1 0 2006

SF Taxi Commission

## REQUEST FOR REASONABLE ACCOMMODATION

Date Received:

**Merrithew, Michael**
Last Name            First Name            Social Security Number

**497 Noteware Dr. Ben Lomond, Ca. 95005 (831) 336 -1667**
Address     City     Zip     Work Phone     Home Phone

It is the policy of the City and County of San Francisco to provide reasonable accommodation for qualified individuals with disabilities in accordance with the Americans with Disabilities Act (ADA). You may be required to provide documentation in support of your request.

1.   **Nature of Permit.**

Current Type of Permit Held: **S.F. Taxi Cab Medallion**
Type of Permit Sought: _____

2.   **Reasonable Accommodation Request.**

What type of accommodation are you are requesting?

O Modified work schedule        O Removal of communications barrier.        O Job Restructuring

O Change in procedure           O Purchase of assistive services            O Reassignment

O Purchase assistive device     O Removal of architectural barrier          ☒ Other:

Please describe the requested accommodation:
**Deferment of driving requirements**

Please explain how you believe this accommodation will enable you to perform the fundamental functions of your position: **Will continue to monitor that the medallion is in operation and serving the public**

1540 Market Street, Suite 160, San Francisco, CA 94102
(415) 554-3940     Fax (415) 552-6996

3.    **Essential Functions of the Permit.**

Please identify the essential functions (do not include incidental functions) to be performed by someone holding the type of permit for which you are requesting an accommodation:

To serve visters and the public in transporting them from one point to another

4.    **Health Care Provider.**

Please provide us with the name of your health care provider(s) who can assist in this request. If you have additional providers who also have information on this matter, please list that information on the back of this sheet:

Name:       Williana Heller D.O.
Address:    10098 Soquel Dr. Aptos, Ca. 95003
Phone:      (831) 688 - 3112
Specialty:

Name:
Address:
Phone:
Specialty:

5.    **Major Life Activities.**

Please check those major life activities you believe to be limited by your medical condition(s):

O Walking         O Breathing        O Seeing         O Caring for Oneself
O Talking         O Hearing          O Learning       ☑ Performing Manual Tasks      ☑ Working
                                                                                      ☑ Other:

Please describe how the above activities are limited: Degeneration disks lumbar spine aggravated by prolonged sitting and repetitive strain syndrome right shoulder

6.    **Is your medical condition temporary?**
          ☑ Yes        O No

If yes, please state the expected duration:  4.30.07

7.    **Are you currently working?**
          O Yes        ☑ No

8.    **Have you applied previously for a reasonable accommodation within the City?**
          O Yes        ☑ No

2

Please note that this information will be maintained in a separate confidential file from your permit file and access will be limited only to those with a need-to-know.

I hereby certify that I believe I am a qualified individual with a disability as defined by the Americans with Disabilities Act. I have received and reviewed the ADA information brochure and require an accommodation in order to perform the functions of my position. I understand that a detailed review of my disability status and this request for accommodation will be required and I agree to cooperate fully in this process. I further understand that if my request is granted, I am obligated to report any changes in my disability status which may require a re-evaluation of this request. I also understand that this request for accommodation is pertinent to a particular permit. Granting of this request does not signify approval of any future reasonable accommodation request for any other permit issued by the Taxi Commission or any other department within the City and County of San Francisco.

Signature: _Michal Minithw_          Date: _5-4-06_

# MEDICAL AUTHORIZATION AND RELEASE

TO WHOM IT MAY CONCERN:

Pursuant to my request for reasonable accommodation under the Americans with Disabilities Act, the San Francisco Taxi Commission is required to conduct an inquiry to determine whether I have a physical or mental impairment which substantially limits one or more major life functions and the applicability of a feasible reasonable accommodation.

I hereby authorize and direct you, your operation, its Custodian of Records and/or person in your employ to release any and all information and records which you may have concerning me, including information which may be of a confidential, privileged and/or derogatory nature including, but not limited to: medical, surgical, psychological and dental records (pursuant to the Medical Confidentiality Act, Civil Code Section 56, et seq.) to any authorized representative of the City and County of San Francisco bearing this release or a photocopy thereof, in order to evaluate my request under the Americans with Disabilities Act.

I do hereby request that any information requested be provided as fully and completely as is reasonably possible.

I do hereby release and hold harmless you, your organization or company, your officers, agents, employees, or independent contractors from any liability or damages, and I do hereby waive all claims or causes of action against you, your organization or company, your officers, agents, employees or independent contractors, which may result from furnishing the requested information.

This authorization to release my medical records will expire ninety (90) days after the date signed. I have been advised that I have the right to receive a copy of this authorization.

Name (print): _Michael Merrithew_

Date of Birth: _____

SSN: _____

Address: _497 Noteware Dr._

City/State/Zip: _Ben Lomond, Ca. 95005_

Phone (work): _(415) 648-4444_

Phone (home): _(831) 336-1667_

Signature: _Michael Merrithew_    Date: _5-4-06_

# HEALTH CARE PROVIDER CERTIFICATION

The following individual has identified him/herself as your patient:

_Merrithew          Michael_

Last                    First

███████████████

Social Security No./Patient ID

This person has requested your assistance in determining whether he or she is eligible for coverage under the Americans with Disabilities Act. This person is seeking to be classified as a "Qualified Individual with a Disability" under this law. Attached is the employee's medical release. Please complete this form to the best of your ability. Your evaluation of this person's ability should be based on your understanding of a particular position's essential functions and your patient's capability to perform those functions.

Date of your last examination of this individual: _5/4/06_

## Major Life Activities

Does this person have a disability which "substantially limits" one or more of his/her major life activities? The major life activity/activities affected is/are:

O Walking          O Talking          O Breathing          X Performing Manual Tasks          O Seeing

X Working          O Hearing          O Learning          O Caring for Oneself          O Other:

Please describe how the above activities are limited: _Degenerative disk derangement_
_he is unable to perform [?] at this time_

## Disability Status _[illegible]_

Is this disability temporary? Yes _X_          No _____

If yes, please state the expected duration of this disability: _4/30/07_

## Essential Functions Determination

Review and complete the attached description of the essential functions of the applicable position. Please specifically identify if this person can perform each essential functions.

_____ In order to make my determination, I am requesting that a departmental representative contact me by phone at _____.

I

**Reasonable Accommodation Request**

Please identify what type of reasonable accommodation you would recommend for this patient:

O  Purchase of Assistive Device(s): _____

O  Job Restructuring: _____

O  Reassignment To Another Position: _____

O  Removal of Architectural Barrier: _____

O  Purchase of Assistive Services: _____

O  Modified Work Schedule: _____

O  Removal of Communications Barrier: _____

☒  Other: _Request excused from Driving requirement_

Please explain how you believe this accommodation is related to this patient's medical condition:

_pt essentially unable to meet the physical requirements @ this time for driving a cab due to degenerative lumbar disc + regular overuse syndrome (??) related_

Please indicate how this accommodation would remove barriers to this patient's performance of these functions:

_pt essentially unable to meet requirements to drive a cab_

**Health and Safety Determination**

If you have any concerns about the ability of this individual to perform the essential functions as specified on the attached form, please describe the potential risks of harm involved and your recommendations:

_____

_____

_____

If this situation occurs, the following actions should be taken:

_____

_____

_____

I, the undersigned health care provider, certify that the information provided concerning _Michael Morrison_ is complete and accurate to the best of my knowledge.

In signing this form, I understand and have agreed to answer in a timely manner, the Taxi Commission's questions as to the basis of the statements made on this form.

I understand that my cooperation is necessary for the Taxi Commission to make an accurate decision on my patient's request for a reasonable accommodation under the Americans with Disabilities Act.

_____    _____    _5/4/06._
Health Care Provider's Signature                                     Date

WILLIAM R HELLER DO
State Lic 020A38780
10098 Soquel Drive
Aptos CA  95003
831 / 688-3112

_____
Print Name                                                              License No.

Note:    If there is a need for further clarification regarding this information, you may be contacted by the applicable departmental representative or departmental ADA Coordinator.

3

# ESSENTIAL FUNCTIONS GUIDE

Name of Applicant/Permittee: *Michael Merrithear*

Type of Permit: **REGULAR TAXICAB MEDALLION**

| Essential Function | Able to Perform w/o an accommodation | Able to Perform w/ an accommodation* | Unable to Perform w/ or w/o an accommodation |
|---|---|---|---|
| 1. Drive 156 4hr shifts per year | | | X |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |

[Continue on additional page if needed.]

\* If you have determined that restrictions exist in the performance of any of the above described essential functions, please indicate what they are and what your recommendation for accommodation is:

*Not able to Drive*

# EXHIBIT F



CITY AND COUNTY OF
SAN FRANCISCO

TAXI COMMISSION
MAYOR GAVIN C. NEWSOM

HEIDI MACHEN
*Executive Director*

Subject:     **Denial of Request for Accommodation;**

August 18, 2006

Michael Merrithew
497 Noteware Dr.
Ben Lomond, CA 95005

Dear Mr. Merrithew

.  The Taxi Commission has reviewed your request for accommodation and the provided medical documentation and the Taxi Commission denies your request. The Commission has determined that:

- Even though you may meet the ADA definition of a disabled person, there is no accommodation which would assist you in fulfilling the driving requirement.

- The requested accommodation would not be possible within the Commission's rules and there appears to be no alternative accommodation. If you have additional information or if you can suggest an alternative accommodation which will eliminate the hardship, please contact me.

This decision may be appealed to the Commission within 30 days, in writing, to the Executive Director.

Should your condition or the essential functions of your permit change, please notify the Commission as it may be possible for the department to re-evaluate a request for reasonable accommodation.

Sincerely,

Heidi Machen
Executive Director

cc:    SFPD Taxi Detail
       Mayor's Office on Disability

Enc: "Your rights under the ADA"
       "Processing a request under the ADA"