DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
FRANCESCA GESSNER, State Bar #247553
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102
Telephone:     (415) 554-4762
Facsimile:     (415) 554-4699
E-Mail:        francesca.gessner@sfgov.org

Attorneys for Defendants
TAXI COMMISSION and
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SLONE and MICHAEL MERRITHEW,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>TAXI COMMISSION, CITY AND COUNTY OF SAN FRANCISCO, Executive Director Heidi Machen; CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>　　　　Defendants. | Case No. C07-3335 JSW<br><br>**STIPULATED ADMINISTRATIVE MOTION TO REMOVE PREVIOUSLY FILED DOCUMENTS FROM THE DOCKET AND REPLACE WITH REDACTED COPIES, [~~PROPOSED~~] ORDER**<br><br>Hearing Date:　　April 4, 2008<br>Time:　　　　　　9:00 am<br>Place:　　　　　　Ctrm. 2, 17th Floor |

Stip. Motion to Remove Previously Filed Exhibits
USDC NO. C07-3335 JSW

n:\govlit\li2007\080144\00471625.doc

1  Pursuant to Civil Local Rule 7-11, the parties file this Stipulated Administrative Motion to
2  permanently remove from the public docket Exhibits A-F of Docket Item 28, and to replace them
3  with redacted copies of those Exhibits to be filed by Defendants forthwith.

4  On February 15, 2008, Defendants electronically filed the DECLARATION OF HEIDI
5  MACHEN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND/OR
6  PARTIAL SUMMARY JUDGMENT [Docket Item 28], which contained Exhibits A-F [Attachments
7  1-6].  A recent review of the file revealed to defense counsel that Exhibits A, B, D, and E contain
8  personal information about the plaintiffs that was not germane to the issue that is before the Court and
9  that should have been redacted pursuant to Northern District of California General Order 53.

10  On March 14, 2008, Defendants emailed counsel for Plaintiffs, Joseph Breall and Elliot
11  Myles, and asked them to stipulate that Exhibits A-F [Docket Item 28] be permanently removed from
12  the record and that new redacted versions of Exhibits A-F be filed in their place.  Mr. Breall
13  stipulated to that request in an email dated March 14, 2008.

14  Accordingly, the parties respectfully request that the Court enter an order to permanently
15  remove from PACER and the public docket EXHIBITS A-F OF DOCKET ITEM 28 [Exhibits A-F of
16  the Declaration of Heidi Machen In Support Of Defendants' Motion for Summary Judgment and/or
17  Partial Summary Judgment].  The parties also request that the Court file the redacted versions of
18  Exhibits A-F that Defendants shall file forthwith.

19  Dated:  March 17, 2008

By: /s/
      FRANCESCA GESSNER

      Attorneys for Defendants TAXI COMMISSION and
      CITY AND COUNTY OF SAN FRANCISCO

By: /s/
      JOSEPH BREALL

      Attorneys for Plaintiffs WILLIAM SLONE and
      MICHAEL MERRITHEW

1  **[Proposed] ORDER**

2  The stipulated administrative motion to remove previously filed documents from the
3  docket is GRANTED.

4  The Clerk of the Court is instructed to permanently remove from PACER and the
5  public docket EXHIBITS A-F OF DOCKET ITEM 28 [Exhibits A-F of the Declaration of Heidi
6  Machen In Support Of Defendants' Motion For Summary Judgment and/or Partial Summary
7  Judgment] in this matter.

8  The redacted versions of Exhibits A-F of Docket Item 28 filed by Defendants shall be
9  substituted in place of the previously filed exhibits and filed in the Court records.

11  **IT IS SO ORDERED**

13  Dated: __March 18__, 2008

14  By: _/s/ Jeffrey S. White_
15  HON. JEFFREY S. WHITE
     UNITED STATES DISTRICT JUDGE