1  Joseph M. Breall, Esq. (SBN 124329)
   BREALL & BREALL, LLP
2  1255 Post Street, Suite 800
   San Francisco, California 94109
3  Telephone: (415) 345-0545
   Facsimile: (415) 345-0538
4  e-mail: jmbreall@breallaw.com

5  Elliott A. Myles, Esq. (SBN 127712)
   MYLES LAW FIRM, INC.
6  P.O. Box 11094
   Oakland, CA 94611
7  Tel: (510) 986-0877
   Fax: (510) 986-0843
8  email: elliott@myleslawfirm.com

9  Attorneys for Plaintiffs
   WILLIAM SLONE and MICHAEL MERRITHEW
10

11              THE UNITED STATES DISTRICT COURT FOR THE

12                  NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14

15 | WILLIAM SLONE and MICHAEL          | CASE NO. C07-3335 JSW
   | MERRITHEW,                         |
16 |                                    | DECLARATION OF JOSEPH M.
   |             Plaintiffs,            | BREALL IN SUPPORT OF REPLY
17 |                                    | BRIEF TO PLAINTIFFS' MOTION FOR
   |        vs.                         | SUMMARY JUDGMENT AND IN
18 |                                    | OPPOSITION TO DEFENDANT'S
   | TAXI COMMISSION, CITY AND COUNTY   | MOTION FOR PARTIAL SUMMARY
19 | OF SAN FRANCISCO, etc., et al.,    | JUDGMENT OR, IN THE
   |                                    | ALTERNATIVE, FOR SUMMARY
20 |             Defendants.            | JUDGMENT.
   |                                    |
21 |                                    | HEARING DATE: April 4, 2008
   |                                    | TIME: 9:00 a.m.
22 |                                    | PLACE: Courtroom 2, 17th Floor

23

24

I, Joseph M. Breall, declare as follows:

1. I have personal knowledge of the matters stated herein, except for those matters set forth on information and belief, which I believe to be true, and if called to testify, I can and will testify competently as to all matters set forth herein.

2. I am an attorney duly licensed to practice law in all courts in the State of California and am the attorney of record for the Plaintiffs William Slone and Michael Merrithew.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts of Naomi Kelly's deposition which was taken on January 24, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in San Francisco, California, on March 21, 2008.

_____
JOSEPH M. BREALL, ESQ.

# Exhibit A

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4   WILLIAM SLOAN AND MICHAEL    )
     MERRITHEW,                   )
 5                                )
            Plaintiffs,           )
 6                                )
     vs.                          )  No. C 07-CV-3335 JSW
 7                                )
     TAXI COMMISSION, CITY AND    )
 8   COUNTY OF SAN FRANCISCO,     )
     Executive Director Heidi Machen; )
 9   CITY AND COUNTY OF SAN FRANCISCO,)
     a California public entity,  )
10                                )
            Defendants.           )
11   _____ )
```

COPY

DEPOSITION OF

**NAOMI MARIA KELLY**

Thursday, January 24, 2008

REPORTED BY:   TINA MARIE VELASQUEZ
               C.S.R. NO. 10072

RECEIVED
FEB 0 1 2008
BY:_____

BONNIE L. WAGNER & ASSOCIATES
COURT REPORTING SERVICES
41 SUTTER STREET
SAN FRANCISCO, CALIFORNIA 94104
(415) 982-4849

1  why they can't. And yet we don't have a City policy that
2  that is something that's available to us for someone to
3  say they're physically -- like I say, we passed a
4  unanimous resolution, saying, "the ability to drive is an
5  essential eligibility requirement to have a permit." So
6  something would have to give for us to do anything
7  contrary to that or contrary to Prop K, which mandates a
8  driving requirement.
9        DR. KATZ: I think that what I heard from the
10 deputy city attorney — and that may be how you want to
11 pursue it further — was that in the absence of anyone
12 litigating a case around ADA and whether or not it does or
13 doesn't cover taxicab drivers, because it is a form of
14 work and because ADA is the law of the land, is certainly
15 reasonable to go on the assumption that ADA applies.
16       Now, if someone felt strongly that ADA should
17 not apply, they would have to go to court and try to get a
18 ruling, but there is no ruling that says ADA does not
19 apply in this case; and there's not going to be a ruling
20 unless somebody litigates it. And so there's -- it's sort
21 of an unresolvable circle because there are -- until it
22 gets litigated or unless -- they're only opinions.
23 There's no --
24       COMMISSIONER GILLESPIE: What would happen if,
25 for instance, if this measure failed in November, where

1  the voters actually make a clear statement that -- or if
2  it passed?  I mean, because this is really -- it's the
3  crux of what we're talking about tonight is disability and
4  meeting the driving requirement.
5           DR. KATZ:  San Francisco voters can't overrule
6  ADA, right?  So it's not before the voters.  Will not be
7  do you or do you not believe in ADA?  So if it fails -- if
8  I understand correctly, the way it's worded -- and you'll
9  be back in this position -- you would have the same
10 questions in the absence of legal statement that this --
11 taxicab drivers are or are not eligible to be considered
12 ADA, you can go forward as a commission or not, as you
13 decide appropriately.
14          (The playing of the DVD was concluded.)
15          MR. BREALL:  Q.  Does that refresh your
16 recollection that there was discussion with the commission
17 that whether or not Prop A -- strike that.
18          Even if Prop N didn't pass, the commission still
19 had to deal with the ADA?
20      A.  But that wasn't your original question.
21      Q.  Long time ago.
22      A.  Could you repeat the question long time ago?
23          THE REPORTER:  Question:  "Do you recall
24 discussion by Dr. Katz and yourself with the commission
25 that even if Proposition N is defeated, you still need a

1  disability program because of the ADA?
2          Answer:  I don't recall.
3          Question:  You don't recall if that was
4  discussed or not discussed?"
5          THE WITNESS:  Yes.  Now, my -- we did discuss
6  that.
7          MR. BREALL:  Q.  Okay.  And isn't it correct
8  that you and the commission came to the conclusion that
9  even if Prop N didn't pass, you would still need to have
10 an ADA-compliant program?
11         MR. CHHABRIA:  Objection; calls for speculation
12 to the extent it asks about what the commission concluded.
13         THE WITNESS:  I can't tell you what the
14 commission concluded because we didn't watch the end of
15 that whole --
16         MR. BREALL:  Q.  I'm asking, wasn't it your
17 understanding?
18     A.   We needed to come up with an ADA program.
19     Q.   Regardless of whether Prop N passed or didn't
20 pass?
21     A.   Correct.
22     Q.   Okay.  And did you understand that Prop N
23 actually would be the blanket imperpetuity waiver if it
24 passed?
25     A.   I believe so.

**PROOF OF SERVICE**

C.C.P. § 1985(b)(e)

I, the undersigned, declare that I am over the age of eighteen years and am not a party to the within-entitled action; I am employed in the County of San Francisco, California; my business address is 1255 Post Street, Suite 800, San Francisco, CA 94109.

On the below date I served the attached document(s) entitled
PLAINTIFFS' REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT. DECLARATION OF JOSEPH M. BREALL IN SUPPORT OF REPLY BRIEF TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT.
on all interested parties in said cause addressed as follows:

Francesca Gessner
Wayne Kessler Snodgrass
Vince Chhabria
San Francisco City Attorney's Office
City Hall, Room 324
1 Dr. Carlton B. Goodlett Place
San Francisco CA 94102

[X]   **(BY MAIL)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the ordinary course of business for collection and mailing that same day at 1255 Post Street, suite 800, San Francisco, CA 94109. I declare that I am readily familiar with the business practice of Breall & Breall for collection and processing correspondence fro mailing with the United Sates Postal Service and that the correspondence would be deposited with the United Postal Service that same day in the ordinary course of business.

[ ]   **(BY FEDERAL EXPRESS)** by placing a true copy thereof enclosed in a sealed envelope for delivery via Federal Express to the addressee(s) noted above.

[ ]   **(BY FACSIMILE)** I served the foregoing documents on the interested party/parties in this action by facsimile transmission and the transmission was reported as completed without error to the office(s) with the following fax number: N/A . I attached to this proof of service the transmission report that was properly issued by the transmitting facsimile machine maintained by, Breall & Breall, 1255 Post Street, Suite 800, San Francisco, CA 94109.

[ ]   **(BY HAND DELIVERY)** by placing a true copy thereof enclosed in a sealed envelope for delivery via hand delivery by calling such service as used in the ordinary course of business and instructing said business to deliver the above on this day to the address above.

**Executed on March 21, 2007, at San Francisco, California.**
[x]   **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Marisa Phillips

-1-