**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SLONE and MICHAEL MERRITEW,<br><br>  Plaintiffs,<br><br>  v.<br><br>TAXI COMMISSION, CITY AND COUNTY OF SAN FRANCISCO, Executive Director Heidi Machen; CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>  Defendants.<br>_____/ | No. C 07-03335 JSW<br><br>**ORDER SETTING HEARING AND CASE MANAGEMENT CONFERENCE** |

Now before the Court are the fully-briefed cross motions for summary judgment. Due to the Court's calendar, the hearing on the motions is CONTINUED from April 4, 2008 at 9:00 a.m. to April 18, 2008 at 9:00 a.m. The case management conference is RESET from April 25, 2008 at 1:30 p.m. to April 18, 2008 at 9:00 a.m. immediately following the hearing. The parties' joint case management conference statement shall be filed no later than April 11, 2008.

**IT IS SO ORDERED.**

Dated: March 24, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE