Joseph M. Breall, Esq. (SBN 124329)
BREALL & BREALL, LLP
1255 Post Street, Suite 800
San Francisco, California 94109
Telephone: (415) 345-0545
Facsimile: (415) 345-0538
e-mail: jmbreall@breallaw.com

Elliott A. Myles, Esq. (SBN 127712)
MYLES LAW FIRM, INC.
P.O. Box 11094
Oakland, CA 94611
Tel: (510) 986-0877
Fax: (510) 986-0843
email: elliott@myleslawfirm.com

Attorneys for Plaintiffs
WILLIAM SLONE and MICHAEL MERRITHEW

THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM SLONE and MICHAEL MERRITHEW,<br><br>Plaintiffs,<br><br>vs.<br><br>TAXI COMMISSION, CITY AND COUNTY OF SAN FRANCISCO, etc., et al.,<br><br>Defendants. | CASE NO. C07-3335 JSW<br><br>DECLARATION OF JOSEPH M. BREALL IN SUPPORT OF STIPULATED APPICATION TO CONTINUE HEARING DATES FOR CROSS-MOTION FOR SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE |

I, Joseph M. Breall, declare as follows:

1. I have personal knowledge of the matters stated herein, except for those matters set forth on information and belief, which I believe to be true, and if called to testify, I can and will testify competently as to all matters set forth herein.

2. I am an attorney duly licensed to practice law in all courts in the State of California and am the attorney of record for the Plaintiffs William Slone and Michael Merrithew.

3. On March 24, 2008 the Court issued an ORDER SETTING HEARING AND CASE MANAGEMENT CONFERENCE moving the hearing on plaintiffs and defendants' cross-motions for summary judgment from April 4, 2008 to April 18, 2008 and moving the Case Management Conference from April 25, 2008 to April 18, 2008.

4. I have pre-paid for vacation plans for the week of April 14th through 18th 2008.

5. I have contacted opposing counsel Francesca Gessner who has agreed to stipulate to continue the hearing date from April 18th 2008, a copy of the stipulation is attached to this declaration as Exhibit A. Ms. Gessner informed me that she also has pre-paid vacation plans for the week of April 21, 2008 and therefore, the first available date for the hearing on the cross-motions for summary judgment and Case Management Conference would be May 2, 2008. Therefore, all sides have asked the court to continue the hearing to May 2, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in San Francisco, California, on March 25, 2008.



JOSEPH M. BREALL, ESQ.

## PROOF OF SERVICE

C.C.P. § 1985(b)(e)

I, the undersigned, declare that I am over the age of eighteen years and am not a party to the within-entitled action; I am employed in the County of San Francisco, California; my business address is 1255 Post Street, Suite 800, San Francisco, CA 94109.

On the below date I served the attached document(s) entitled
DECLARATION OF JOSEPH M. BREALL IN SUPPORT OF STIPULATED APPICATION TO CONTINUE HEARING DATES FOR CROSS-MOTION FOR SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE
STIPULATED APPLICATION TO CONTINUE HEARING DATE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE. [PROPOSED] ORDER
on all interested parties in said cause addressed as follows:

Francesca Gessner
Wayne Kessler Snodgrass
Vince Chhabria
San Francisco City Attorney's Office
City Hall, Room 324
1 Dr. Carlton B. Goodlett Place
San Francisco CA 94102

[X]  **(BY MAIL)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the ordinary course of business for collection and mailing that same day at 1255 Post Street, suite 800, San Francisco, CA 94109. I declare that I am readily familiar with the business practice of Breall & Breall for collection and processing correspondence fro mailing with the United Sates Postal Service and that the correspondence would be deposited with the United Postal Service that same day in the ordinary course of business.

[ ]  **(BY FEDERAL EXPRESS)** by placing a true copy thereof enclosed in a sealed envelope for delivery via Federal Express to the addressee(s) noted above.

[ ]  **(BY FACSIMILE)** I served the foregoing documents on the interested party/parties in this action by facsimile transmission and the transmission was reported as completed without error to the office(s) with the following fax number: N/A . I attached to this proof of service the transmission report that was properly issued by the transmitting facsimile machine maintained by, Breall & Breall, 1255 Post Street, Suite 800, San Francisco, CA 94109.

[ ]  **(BY HAND DELIVERY)** by placing a true copy thereof enclosed in a sealed envelope for delivery via hand delivery by calling such service as used in the ordinary course of business and instructing said business to deliver the above on this day to the address above.
Executed on March 25, 2007, at San Francisco, California.

[x]  **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Marisa Phillips

-1-