Joseph M. Breall, Esq. (SBN 124329)
BREALL & BREALL, LLP
1255 Post Street, Suite 800
San Francisco, California 94109
Telephone: (415) 345-0545
Facsimile: (415) 345-0538
e-mail: jmbreall@breallaw.com

Elliott A. Myles, Esq. (SBN 127712)
MYLES LAW FIRM, INC.
P.O. Box 11094
Oakland, CA 94611
Tel: (510) 986-0877
Fax: (510) 986-0843
email: elliott@myleslawfirm.com

Attorneys for Plaintiffs
WILLIAM SLONE and MICHAEL MERRITHEW

THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM SLONE and MICHAEL MERRITHEW,<br><br>                    Plaintiffs,<br><br>vs.<br><br>TAXI COMMISSION, CITY AND COUNTY OF SAN FRANCISCO, etc., et al.,<br><br>                    Defendants. | CASE NO. C07-3335 JSW<br><br>**AMENDED STIPULATED APPLICATION TO CONTINUE HEARING DATE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE. [~~PROPOSED~~] ORDER** |

Pursuant to Civil Local Rule 6-2, the parties file this Stipulated Application to Continue the hearing date for the Cross-Motions for Summary Judgment and Case Management Conference.

On March 24, 2008 the Court issued an ORDER SETTING HEARING AND CASE MANAGEMENT CONFERENCE moving the hearing on plaintiffs and defendants' Cross-Motions for Summary Judgment from April 4, 2008 to April 18, 2008 at 9:00 a.m., and moving the Case Management Conference from April 25, 2008 to April 18, 2008 at 9:00 a.m. Plaintiffs co-counsel, Mr. Joseph Breall has pre-paid for vacation plans for the week of April 14th through 18th 2008. Defendants counsel Ms. Francesca Gessner has pre-paid vacation plans for the week of April 21, 2008.

Therefore, the parties, by and through their counsel of record, have and do hereby stipulate to continue the hearing date for the Cross-Motions for Summary Judgment and Case Management Conference from April 18, 2008 to May 30, 2008 or as soon thereafter as the Court can hear the matter.

Dated: March 25, 2008

By:/s/_____
FRANCESCA GESSNER
Attorneys for Defendants TAXI COMMISSION and CITY AND COUNTY OF SAN FRANCISCO


By:/s/_____
JOSEPH BREALL
Attorneys for Plaintiffs WILLIAM SLONE and MICHAEL MERRITHEW

[Proposed] ORDER

The Stipulated Application to Continue the Hearing Date for the Cross-Motions for Summary Judgment and Case Management Conference is GRANTED.

The hearing date for the Cross-Motions for Summary Judgment and Case Management Conference shall be continued to May 30, 2008 at 9:00 a.m./p.m. The parties' joint case management conference statement shall be filed no later than then May 23, 2008.

IT IS SO ORDERED

Dated: March 26, 2008

By: /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE