1  JOSEPH M. BREALL, Esq., State Bar # 124329
   BREALL & BREALL, LLP
2  1255 Post Street, Suite 800
   San Francisco, California 94109
3  Telephone: (415) 345-0545/Facsimile: (415) 345-0538
   e-mail: jmbreall@breallaw.com
4  ELLIOTT A. MYLES, Esq., State Bar # 127712
   MYLES LAW FIRM, INC.
5  P.O. Box 11094
   Oakland, CA 94611-0094
6  Telephone: (510) 986-0877/Facsimile: (510) 986-0843
   e-mail: elliott@myleslawfirm.com
7  Attorneys for Plaintiffs
   WILLIAM SLONE and MICHAEL MERRITHEW
8
   DENNIS J. HERRERA, State Bar #139669
9  City Attorney
   WAYNE SNODGRASS, State Bar #148137
10 VINCE CHHABRIA, State Bar #208557
   FRANCESCA GESSNER, State Bar #247553
   Deputy City Attorneys
11 City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
12 San Francisco, California 94102-4682
   Telephone: (415) 554-4674/Facsimile: (415) 554-4699
13 e-mail: vince.chhabria@sfgov.org

14 Attorneys for Defendants
   TAXI COMMISSION and
15 CITY AND COUNTY OF SAN FRANCISCO

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18 | WILLIAM SLONE AND MICHAEL MERRITHEW, | Case No. C07-3335 JSW
19 |                                     | **SUBSEQUENT CASE MANAGEMENT STATEMENT [CIVIL L.R. 16-10(d)]**
20 | Plaintiffs, vs.                     |
21 | TAXI COMMISSION, CITY AND COUNTY OF SAN FRANCISCO, Executive Director Heidi Machen; CITY AND COUNTY OF SAN FRANCISCO, a California public entity, | CMC Date: May 30, 2008
22 |                                     | Time: 9:00 a.m.
23 | Defendants.                         |

24

Slone v. Taxi Commission, Case No. C 07-cv-3335 JSW                                              1
SUBSEQUENT CASE MANAGEMENT STATEMENT

The parties hereby submit the following Subsequent Case Management Statement pursuant to Civil Local Rule 16-10(d):

Motions

The cross-motions for summary judgment by Plaintiffs William Slone and Michael Merrithew and Defendant City and County of San Francisco, et al. ("City"), are scheduled to be heard on May 30, 2008 at 9:00 a.m., prior to the Further Case Management Conference.

Trial

Because of the possibility that the Court's ruling on the cross-motions for summary judgment will lead to a resolution of the case, a trial date has not yet been set.

Discovery

At the initial case management conference, the Court limited discovery to matters relating to the anticipated cross-motions for summary judgment. No further discovery has been scheduled.

Scheduling

Any trial and pre-trial schedule would be heavily dependent on the issues, if any, that remain for trial following the Court's ruling on the cross-motions for summary judgment. The parties therefore propose to request a subsequent case management conference and submit a disovery and trial schedule to the Court, if necessary, following the Court's ruling on the cross-motions for summary judgment.

Dated:  May 20, 2008                         BREALL & BREALL, LLP

                                             By:     /S/
                                                     Joseph M. Breall, Esq.
                                                     Attorneys for Plaintiffs

Dated:  May 20, 2008                         MYLES LAW FIRM, INC.

                                             By:     /S/
                                                     Elliott A. Myles, Esq.
                                                     Attorneys for Plaintiffs

1

2  Dated:  May 20, 2008				DENNIS J. HERRERA
						City Attorney
3

4					By:	____/S/_____
						Vince Chhabria, Esq.
5						Attorneys for Defendants TAXI COMMISSION
						and CITY AND COUNTY OF SAN
6						FRANCISCO

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24