IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SLONE and MICHAEL MERRITHEW,<br><br>Plaintiff,<br><br>v.<br><br>TAXI COMMISSION, CITY AND COUNTY OF SAN FRANCISCO, ET AL.,<br><br>Defendants. | No. C 07-03335 JSW<br><br>**ORDER VACATING HEARING DATE AND CASE MANAGEMENT CONFERENCE** |

The parties' cross motions for summary judgment are currently set for hearing on Friday, May 30, 2008 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for May 30, 2008 is HEREBY VACATED.

The Court FURTHER ORDERS that the case management conference set for May 30, 2008 is VACATED.

**IT IS SO ORDERED.**

Dated: May 29, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE