IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM SLONE and MICHAEL MERRITHEW,

    Plaintiff,

v.

TAXI COMMISSION, CITY AND COUNTY OF SAN FRANCISCO, ET AL.,

    Defendants.

No. C 07-03335 JSW

**JUDGMENT**

    Pursuant to the Court's Order granting Defendants' motion for summary judgment and denying Plaintiffs' motion for summary judgment, it is HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiffs.

    **IT IS SO ORDERED.**

Dated: June 30, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE