UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

July 29, 2008

**CASE INFORMATION:**
Short Case Title:  WILLIAM SLONE -v- TAXI COMMISSION
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: Northern, Civil, Judge Jeffrey S. White
Criminal and/or Civil Case No.: CV 07-03335 JSW
Date Complaint/Indictment/Petition Filed: 6/26/07
Date Appealed order/judgment *entered* 6/30/08
Date NOA *filed* 7/25/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):     ☐ granted in full (attach order)        ☐ denied in full (send record)
                            ☐ granted in part (attach order)         ☐ pending

Court Reporter(s) Name & Phone Number: Kathy Wyatt (415) 487-9834

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 6/26/07                Date Docket Fee Billed:
Date FP granted:                             Date FP denied:
Is FP pending? ☐ yes ☒ no                                   Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☒ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                           Appellee Counsel:

**See Docket Sheet**


☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                 Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                              9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: Hilary D. Jackson