Joseph M. Breall, Esq. (California SBN 124329)
BREALL & BREALL, LLP
1255 Post Street, Suite 800
San Francisco, California 94109
Telephone: (415) 345-0545
Facsimile: (415) 345-0538
e-mail: jmbreall@breallaw.com

Elliott A. Myles, Esq. (California SBN 127712)
MYLES LAW FIRM, INC.
P.O. Box 11094
Oakland, CA 94611
Tel: (510) 986-0877
Fax: (510) 986-0843
email: elliott@myleslawfirm.com

HASSARD BONNINGTON LLP
PHILIP S. WARD, ESQ. (California SBN 51768)
RICHARD G. KATERNDAHL, ESQ. (California SBN 88492)
Two Embarcadero Center, Suite 1800
San Francisco, California 94111-3993
Telephone: (415) 288-9800
Facsimile: (415) 288-9802
e-mail: psw@hassard.com
       rgk@hassard.com

Attorneys for Plaintiffs and Appellants
WILLIAM SLONE and MICHAEL MERRITHEW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SLONE and MICHAEL MERRITHEW, | CASE NO. C 07-03335 JSW |
| Plaintiffs, | ASSOCIATION OF COUNSEL |
| v. | |
| TAXI COMMISION, CITY AND COUNTY OF SAN FRANCISCO, ET AL. / | |

NOTICE is hereby given that WILLIAM SLONE and MICHAEL MERRITHEW, plaintiffs in

the above-named case, associate the following attorneys, duly licensed to practice in the courts of the

Slone v. Taxi Commission, Case C07-03335 JSW                                        Page 1
Association of counsel - c:\documents and settings\joe.breallaw\local settings\temporary internet files\content.outlook\i2cryh7y\slone
association of counsel doc (00314191).doc

State of California and the United States District Court in and for the Northern District of California,

as counsel in this matter:

> HASSARD BONNINGTON LLP
> PHILIP S. WARD, ESQ. (California SBN 51768)
> RICHARD G. KATERNDAHL, ESQ. (California SBN 88492)
> Two Embarcadero Center, Suite 1800
> San Francisco, California 94111-3993
> Telephone: (415) 288-9800
> Facsimile: (415) 288-9802
> e-mail: psw@hassard.com
>         rgk@hassard.com

Please direct all communications and filings concerning the matter to Philip S. Ward. Please

continue to serve Joseph M. Breall and Elliot A. Myles with all communications and filings, as well.

Dated: July 24, 2008                    Breall & Breall, LLP


By: _____
    Joseph M. Breall, Esq.
    Attorneys for Plaintiffs and Appellants
    William Slone and Michael Merrithew


Dated: July  , 2008                     Myles Law Firm, Inc.


By: _____
    Elliott A. Myles, Esq.
    Attorneys for Plaintiffs and Appellants
    William Slone and Michael Merrithew


Dated: July  , 2008                     HASSARD BONNINGTON, LLP


By: _____
    Philip S. Ward, Esq.
    Attorneys for Plaintiffs and Appellants

State of California and the United States District Court in and for the Northern District of California, as counsel in this matter:

> HASSARD BONNINGTON LLP
> PHILIP S. WARD, ESQ. (California SBN 51768)
> RICHARD G. KATERNDAHL, ESQ. (California SBN 88492)
> Two Embarcadero Center, Suite 1800
> San Francisco, California 94111-3993
> Telephone: (415) 288-9800
> Facsimile: (415) 288-9802
> e-mail: psw@hassard.com
>       rgk@hassard.com

Please direct all communications and filings concerning the matter to Philip S. Ward. Please continue to serve Joseph M. Breall and Elliot A. Myles with all communications and filings, as well.

Dated: July  , 2008                     Breall & Breall, LLP


By:     _____
        Joseph M. Breall, Esq.
        Attorneys for Plaintiffs and Appellants
        William Slone and Michael Merrithew


Dated: July 22 2008                     Myles Law Firm, Inc.


By:     _____
        Elliott A. Myles, Esq.
        Attorneys for Plaintiffs and Appellants
        William Slone and Michael Merrithew


Dated: July 24 2008                     HASSARD BONNINGTON, LLP


By:     _____
        Philip S. Ward, Esq.
        Attorneys for Plaintiffs and Appellants


Slone v. Taxi Commission, Case C07-03335 JSW
Association of counsel - c:\documents and settings\elliott\local settings\temporary internet files\content.outlook\d1et01f7\slone association of counsel doc (00314191).doc

Page 2

**PROOF OF SERVICE**
(C.C.P. §§ 1013, 1013a, 2015.5)

**Case Name:    Slone v. Taxi Commission, CCSF, et al.**
**San Francisco County Superior Court Case No. C 07-03335 JSW**

1.  At the time of service I was over 18 years of age and not a party to this action.

2.  My business address is Two Embarcadero Center, Suite 1800, San Francisco, CA 94111-3941.

3.  On July 25, 2008, I served the following documents:

## ASSOCIATION OF COUNSEL

4.  I served the documents on the **persons** below as follows:

Francesca Gessner
Wayne Kessler Snodgrass
Vince Chhabria
San Francisco City Attorney's Office
City Hall, Room 324
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102

5.  The documents were served by the following means (specify):

> X   **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:    July 25, 2008

_____
Karen Patterson

-1-

PROOF OF SERVICE
P:\Wdocs\HBMAIN\02724\00000\00315549.DOC-72508