# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __08-16726__   U.S. District Court Case No. __CV07-03335 JSW__

Short Case Title __Slone v. Taxi Commission, City and County of San Francisco, et al.__

Date Notice of Appeal Filed by Clerk of District Court __July 25, 2008__

FILED
08 AUG 13 PM 3:33
[stamp] U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SECTION A** – To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER |
|---|---|
| | |

(attach additional page for designations if necessary)

( x ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

(   ) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

(   ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _____

Print or type requestor's name _____

Signature of Attorney __Philip S. Ward__ [signature]   Phone Number __(415) 288-9800__

Address: __Two Embarcadero Center, Ste. 1800, San Francisco, CA 94111__

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5364; or Oakland (510) 637-3530.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**

(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

NDC-TDO (7/98)    ★U.S. GPO: 1998-684-981/99016    COPY ONE